# United States District Court

SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6114

ALLSTATE INSURANCE COMPANY
v.
250 NORTH POWER LINE ROAD, INC.
d/b/a J-MAR FOOD STORES #2, and
NASER ABUEQAB, as Personal Representative
of the Estate of GHANEM EL HINDI,

**CIV - FERGUSON**

MAGISTRATE JUDGE
SNOW

TO:   250 NORTH POWER LINE ROAD, INC.,
  d/b/a J-Mar Food Stores #2
  By Serving its Registered Agent:
  Ali Alhindi
  741 N. Lyons Road, #17103
  Coconut Creek, Florida 33063

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address):   Ronald L. Kammer
  Hinshaw & Culbertson
  Suite 800, 200 South Biscayne Boulevard
  Miami, Florida 33131

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
_____
CLERK
BY DEPUTY CLERK

JAN 2 4 2000
_____
DATE

305789-1 - DS2A

| | |
|---|---|
| **RETURN OF SERVICE** ||
| Service of the Summons and Complaint was made by me¹ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Placed where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　Date　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Address of Server

305789-1 - DS2A