# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 00-6114 CIV-FERGUSON

Plaintiff:
**ALLSTATE INSURANCE COMPANY,**

vs.

Defendant:
**250 NORTH POWER LINE ROAD, INC., D/B/A J-MAR FOOD STORES #2, AND NASER ABUEQAB, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GHANEM EL HINDI,**

For:
Ronald Kammer
HINSHAW & CULBERTSON
200 South Biscayne Blvd., Ste. 800
Miami FL 33131



Received by GISSEN & ZAWYER PROCESS SERVICE, INC. on the **28th day of January, 2000** at 10:13 am to be served on **250 NORTH POWER LINE ROAD INC., D/B/A J-MAR FOOD STORES #2, BY SERVING ITS REGISTERED AGENT, ALI ALHINDI, 741 N. LYONS ROAD, #17103, COCONUT CREEK, FL 33063.**

I, Venus F. Albert, being duly sworn, depose and say that on the **31st day of January, 2000** at **11:15 am, I:**

SERVED the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION & COMPLAINT** with the date and hour endorsed thereon by me to ALI ALHINDI as REGISTERED AGENT.

**Comments pertaining to this Service:**
NOT AT GIVEN ADDRESS. SERVED AT SECOND ADDRESS: 250 NORTH POWERLINE RD, FT LAUDERDALE, FL.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing..

OFFICIAL NOTARY SEAL
C NUNEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC739240
MY COMMISSION EXP. MAY 4, 2002

**Venus F. Albert**
299

**GISSEN & ZAWYER PROCESS SERVICE, INC.**
**1717 N. Bayshore Dr, Suite 3236**
**Miami, FL 33132**
**(305) 375-0033**

Subscribed and Sworn to before me on the 2nd day of February, 2000 by the affiant who is personally known to me.

NOTARY PUBLIC

Our Job Serial Number: 2000001376

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3h

**RECEIVED**

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

ALLSTATE INSURANCE COMPANY
v.
250 NORTH POWER LINE ROAD, INC.
d/b/a J-MAR FOOD STORES #2, and
NASER ABUEQAB, as Personal Representative
of the Estate of GHANEM EL HINDI,

CASE NUMBER: 00-6114

CIV-FERGUSON

MAGISTRATE JUDGE
SNOW

TO: 250 NORTH POWER LINE ROAD, INC.,
d/b/a J-Mar Food Stores #2
By Serving its Registered Agent:
Ali Alhindi
741 N. Lyons Road, #17103
Coconut Creek, Florida 33063

Serued at 2nd
SERVED: address Ali Alhindi
DATE: 1-31-00 TIME: 11:5AM
BY: Venus Abul
A BROWARD COUNTY
SPECIAL PROCESS SERVER
IN GOOD STANDING # ___ 209

1-28-7:00 p
1-29 3:00 7:00 p

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address):   Ronald L. Kammer
Hinshaw & Culbertson
Suite 800, 200 South Biscayne Boulevard
Miami, Florida 33131

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons
upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.

Clarence Maddox

CLERK

Joe Conway

BY DEPUTY CLERK

JAN 2 4 2000

DATE

305789-1 - DS2A

20-601376

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 1/31/00 |
|---|---|
| NAME OF SERVER (PRINT)  Venus Albert | TITLE Sheriff Appointed Process Server #299 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Placed where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____
_____

☒ Other (specify):  Served 250 North Power Line Road, Inc., by serving the
Registered Agent: Ali Alhindi, at 250 North Powerline Road,
Fort Lauderdale, FL.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/2/00__        _Venus A. Albert_____
         Date                     Signature of Server

         Fort Lauderdale, FL_____
         Address of Server