# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 00-6114 CIV-FERGUSON

Plantiff:
**ALLSTATE INSURANCE COMPANY,**
vs.
Defendant:
**250 NORTH POWER LINE ROAD, INC., D/B/A J-MAR FOOD STORES #2, AND NASER ABUEQAB, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GHANEM EL HINDI,**

For: Ronald Kammer
HINSHAW & CULBERTSON

Received by GISSEN & ZAWYER PROCESS SERVICE, INC. on the **31st day of January, 2000 at 2:24 pm** to be served on **NASER ABUEQAB, as Personal Representative of the Estate of GHANEM EL HINDI, 1423 SW 18 TERRACE, OKEECHOBEE, FL 34974.** I, D/S E. Laurie Schultz, being duly sworn, depose and say that on the 16 day of Feb, 2000 at 4:51 P.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION & COMPLAINT FOR DECLARATORY RELIEF** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: _____

(X) SUBSTITUTE SERVICE: By serving Hauzh Hinshara as Resident Sister (over age of 15).

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

D/S E. Laurie Schultz

Subscribed and Sworn to before me on the 16 day of Feb, 00 by the affiant who is personally known to me.

PROCESS SERVER # 423-050,
Appointed in accordance
with State Statutes

_____
NOTARY PUBLIC

GISSEN & ZAWYER PROCESS SERVICE, INC.
1717 N. Bayshore Dr, Suite 3236
Miami, FL 33132
(305) 375-0033

Our Job Serial Number: 2000001499

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3h

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  02-16-00 |
| NAME OF SERVER (PRINT)  D/S E. Laurie Schultz | TITLE  Deputy Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Placed where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: c/o Mauza Mustafa
An Adult Sister, Resident, over the Age of 15 YOA

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-16-00
Date

Signature of Server  D/S E. [signature]  # 423-O.S.O.

Address of Server  P.O. Drawer 1397, Okeechobee Florida 34972

RECEIVED

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6114 CIV-FERGUSON

MAGISTRATE JUDGE SNOW

ALLSTATE INSURANCE COMPANY
v.
250 NORTH POWER LINE ROAD, INC.
d/b/a J-MAR FOOD STORES #2, and
NASER ABUEQAB, as Personal Representative
of the Estate of GHANEM EL HINDI,

TO: NASER ABUEQAB, as Personal Representative
of the Estate of GHANEM EL HINDI
1423 Southwest 18 Terrace
Okeechobee, Florida 34974

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address): Ronald L. Kammer
Hinshaw & Culbertson
Suite 800, 200 South Biscayne Boulevard
Miami, Florida 33131

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE  JAN 2 4 2000

305789-1 - DS2A

2000001499