8579

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6114
CIV - Ferguson
Magistrate Judge Snow

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

250 NORTH POWERLINE ROAD, INC.
d/b/a J-MAR FOOD STORES #2, and
NASER ABUEQAB, as Personal
Representative of the Estate of
GHANEM EL HINDI,

    Defendants. /

**DEFENDANT'S ANSWER**

COMES NOW the Defendant, 250 NORTH POWERLINE ROAD, INC. d/b/a J-MAR FOOD STORES #2, by and through its undersigned attorneys, and file its answer to the Complaint for Declaratory Relief as follows:

1. Admits
2. Admits
3. Unknown, therefore denied
4. Admits
5. Unknown, therefore denied
6. Admits
7. Admits

8.  Admits

9.  Admits

10. Admits

11. Admits

12. Admits

13. Denies

14. Unknown, therefore denied

15. Denied

Respectfully submitted,

DAVID B. PAKULA
Florida Bar No. 712851

WE HEREBY CERTIFY that a copy of the foregoing was mailed and sent via facsimile (305-577-1063) June 2, 2000, to Ronald L. Kammer, Esq., Hinshaw & Culbertson, Attorneys for Plaintiff, 200 South Biscayne Boulevard, Suite 800, Miami, Florida 33131 and mailed this same date to Jerry B. Katzen, Esq., Katzen & Katzen, Attorneys for Abueqab, 7700 North Kendall Drive, Suite 610, Miami, Florida 33156.

DAVID B. PAKULA
FAZIO DAWSON DISALVO CANNON
ABERS PODRECCA & FAZIO
Attorneys for Def/250
P. O. Box 14519
633 South Andrews Avenue, #500
Fort Lauderdale, Florida 33302
954-463-0585/954-940-3432