UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 00-6114-CIV-FERGUSON

ALLSTATE INSURANCE COMPANY,

Plaintiff,

vs.

250 NORTH POWER LINE ROAD, INC.
d/b/a J-MAR FOOD STORES #2, and
NASER ABUEQAB, as Personal
Representative of the Estate of GHANEM EL
HINDI,

Defendants.

_____/

### ALLSTATE INSURANCE COMPANY'S
### MOTION FOR SUMMARY JUDGMENT

Plaintiff, ALLSTATE INSURANCE COMPANY ("Allstate"), pursuant to Fed. R. Civ. P.

56 and S.D.Fla.L.R. 7.5, moves for final summary judgment. As more fully set forth in the

accompanying Statement of Undisputed Facts and Memorandum of Law, the allegations in the

underlying lawsuit fall within two exclusions of the Allstate insurance policy and therefore Allstate

is entitled to judgment as a matter of law.

### Statement of Undisputed Facts

On August 5, 1999, Naser Abueqab, as personal representative of the estate of Ghanem el

Hindi, filed suit against 250 North Power Line Road, Inc. d/b/a J-Mar Food Stores #2 ("J-Mar") and

others seeking to recover damages as the result of El Hindi's death. At the time of his death, El



CASE NO. 00-6114-CIV-FERGUSON

Hindi was employed by J-Mar and was acting within the scope and course of his employment for

J-Mar. J-Mar's Answer at ¶10. Allstate's Complaint and J-Mar's Answer are attached as Exhibits

"A" and "B," respectively.

The policy at issue provides coverage for all sums which the insureds "become legally

obligated to pay as damages arising out of an accidental event, personal injury or advertising injury

that occurs while this policy is in effect." Policy 1.a. The policy also includes the following

exclusions from coverage:

> 7.  Any obligation that any person insured or their insurance
>     carrier have under workers' compensation, unemployment
>     benefits, disability benefits or similar laws.
>
> 8.  a.  Any bodily injury to anyone employed by any persons
>         insured arising out of and in the course of his or her
>         employment by persons insured for which the persons
>         insured may be held liable as an employer or in any
>         other capacity;
>
>     b.  Any obligation of persons insured to indemnify or
>         contribute with another person because of damages
>         arising out of such bodily injury; or
>
>     c.  Any bodily injury sustained by the spouse, child,
>         parent, brother or sister of an employee of persons
>         insured as a consequence of bodily injury to such
>         employee arising out of and in the course of his or her
>         employment by persons insured
>
> This exclusion applies to all claims and suits by any person or
> organization for damages because of such bodily injury,
> including damages for care and loss of service.
>
> This exclusion does not apply to liability assumed by persons
> insured under a contract or agreement that is not excluded.

- 2 -

A certified copy of the policy is attached as Exhibit "C."

## Memorandum of Law

### I.    Summary Judgment Standard

A motion for summary judgment is properly granted where there exists no genuine issue of material fact and the moving party is entitled to judgment as a matter of law. Gordon v. American Motorists Ins. Co., 274 F. Supp. 592, 596 (M.D. Fla. 1967). Where there exists no genuine issue of material fact, "summary judgment is proper because it avoids needless litigation and promotes judicial efficiency."United States v. Pepper's Steel & Alloys, Inc., 823 F. Supp. 1574, 1579 (S.D. Fla. 1993) (*citing* Trustees of Plumbers Local No. 519 Health & Welfare Trust Fund v. Garcia, 677 F. Supp. 1554, 1556 (S.D. Fla. 1988).

Under Florida law, the allegations of the complaint control the duty to defend. National Union Fire Ins. Co. v. Lennox Liquors, Inc., 358 So.2d 533 (Fla. 1977). In determining the duty to defend, the focus is on the language of the complaint. An insurer has no duty to defend where a complaint on its face alleges a state of facts which fail to bring the case within coverage. Liberty Mutual Ins. Co. v. Lone Star Industries, 648 So.2d 114 (Fla. 1994) (on remand, 661 So.2d 1218 (Fla. 3rd DCA 1995)).

Here, summary judgment is appropriate since Allstate's duty to defend and indemnify rests solely on the applicability of specific exclusions in the insurance policy, the construction and effect of which is a matter of law. United States v. Pepper's Steel & Alloys, Inc., 823 F. Supp. 1574, 1579 (S.D. Fla. 1993). Therefore, this issue is appropriate for summary judgment. Talat Enter., Inc. v.

- 3 -

Aetna Casualty & Surety Co., 952 F. Supp. 773, (M.D. Fla. 1996); Pepper's Steel & Alloy, Inc., 823 F. Supp. at 1579.

**II.   Choice of Law**

This case is based on the Court's diversity jurisdiction. Federal courts sitting in diversity apply the choice of law rules of the forum state. American Family Life Assurance Co. of Columbus, Ga. V. United States Fire Co., 885 F.2d 826, 830 (11th Cir. 1989); Wackenhut Svcs., Inc. v. National Union Fire Ins. Co. of Pittsburgh, Pa., 15 F. Supp. 2d 1314, 1319 (S.D. Fla. 1998). Therefore, the Court should look to Florida choice of law rules to determine which state's law applies.

For automobile and life insurance policies, Florida applies the doctrine of *lex loci contractus* since, in our society, automobiles and people are mobile. Sturiano v. Brooks, 523 So. 2d 1126, 1129-30 (Fla. 1988). The application of *lex loci contractus* to determine choice of law for these policies allows parties to enter into insurance contracts knowing which state's law would apply. In contrast, the doctrine of *lex loci contractus* does not apply to general liability policies, like the contract of insurance between Allstate and J-Mar since these policies insure specific locations which are stationary and immobile. LaFarge Corp. v. Travelers Indemnity Co., 118 F.3d 1511 (11th Cir. 1997); Shapiro v. Associated Int'l Ins. Co., 899 F.2d 116 (11th Cir. 1990).

The Eleventh Circuit, in LaFarge Corp. v. Travelers Indemnity Co., 118 F.3d 1511 (11th Cir. 1997), interpreted Florida conflict of law principles, and held that Florida law applied to the determination of whether coverage existed under a comprehensive general liability policy for costs

- 4 -

to clean up a hazardous waste dump located in Florida, even though the insurance contracts were finalized in Texas.

Here, Allstate Insurance Company, an Illinois insurer, issued an insurance contract to J-Mar Corporation, a Florida corporation. That policy insured, subject to its terms, conditions and exclusions, J-Mar's store located in Florida. In this case, there is no dispute that the underlying actions are based on claims for damages as a result of activities which occurred in J-Mar's store located in Florida. Applying the holdings of the Eleventh Circuit's decision in LaFarge, Florida law governs this action because the real property (in this case, where the store is located) is in Florida. Even if this Court decided to apply *lex loci contractus* to this action, Florida law would still apply since the insurance contract was executed in Florida.

## III.    Allstate is entitled to summary judgment

J-Mar admits in it Answer that Mr. El Hindi's injuries and subsequent death occurred while Mr. El Hindi was acting within the scope and course of his employment. Answer ¶ 10. The Employee and Workers' Compensation exclusions are clear and unambiguous and preclude any coverage for J-Mar as the allegations of the underlying lawsuit are based on bodily injuries which occurred within the scope and course of Mr. El Hindi's employment with J-Mar. Florida courts faced with similar facts have had little difficulty in finding that coverage does not exist.

For example, in Aetna Commercial Ins. v. American Sign Co. , 687 So. 2d 834 (Fla. 2d DCA 1996), the Second District entered judgment in favor of Aetna where the underlying complaint alleged that Demming sustained injuries when he fell from a ladder within the course and scope of his employment with American Sign Company. The complaint alleged that the ladder gave way

- 5 -

because its supporting cables were not properly maintained due to his employer's intentional failure to comply with the manufacturer's maintenance recommendations. The court noted that the allegations of the underlying complaint determine the insurer's duty to defend, citing National Union Fire Ins. Co. v. Lennox Liquors, Inc., 358 So. 2d 533, 536 (Fla. 1977). In Aetna, like here, the plaintiff alleged that he was injured within the course and scope of his employment. Furthermore, the Aetna policy, like the Allstate policy here, contained an exclusion which provided in part:

> This insurance does not apply to: . . .
>
> d.    "Bodily injury" to:
>
>> (1)    An employee of the insured arising out of and in the course of employment by the insured . . .

Id., 687 So. 2d at 836.

The court found that the exclusion was clear and unambiguous and held that the allegation of Demming's complaint were not within the coverage of the commercial general liability policy in view of the employee exclusion.

A similar result was reached in Florida Insurance Guaranty Association v. Revoredo, 698 So. 2d 890 (Fla. 3d DCA 1977). In that case, Revoredo was an employee of Lele Concrete & Pumping Co., a subcontractor hired to pour concrete for a house constructed for another person. Revoredo was killed on the job. He then brought suit against his statutory employer. The statutory employer's insurer disclaimed coverage on the basis of the Workers' Compensation and Employee exclusions, both of which were substantially similar to the exclusions found in the Allstate policy. The court first noted that the purpose of these exclusions was to relieve insurers, like Allstate, of the

- 6 -

responsibility for liability incurred by the insured because of work connected injuries, Id. At 891, n.2 (citing Griffin v. Speidel, 179 So. 2d 569, 571 (Fla. 1965)). The court found that both the workers' compensation and employee exclusion applied, that both exclusions were clear and unambiguous, and that Florida Insurance Guaranty Association was not obligated to defend or indemnify the statutory employer. *See also* American States Ins. Co. v. Pioneer Elec. Co., 85 F. Supp. 2d 1337 (S.D.Fla. 2000) (relying on Revoredo to find that workers' compensation exclusion applies).

Here, it is undisputed that El Hindi was employed by J-Mar and that he was killed within the course and scope of his employment with J-Mar. The Workers' Compensation and Employee exclusions clearly and unambiguously preclude coverage for this event because (1) the policy excludes coverage for workers' injuries covered by workers' compensation or similar law; and (2) the policy excludes coverage for bodily injury to employees. Simply stated, coverage does not exist under the policy.

## CONCLUSION

For the foregoing reasons, Allstate respectfully requests that this Court find that Allstate's policy does not cover El Hindi's injuries and that it has neither the duty to defend nor the duty to indemnify J-Mar.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this August 15, 2000, to: David B. Pakula, Attorneys for 250 North Powerline Road, Inc. d/b/a J-Mar

- 7 -

CASE NO. 00-6114-CIV-FERGUSON

Food Stores #2, Fazio Dawson Disalvo Cannon, Abers Podrecca & Fazio, P.O. Box 14519, 633

South Andrews Avenue, #500, Fort Lauderdale, FL 33302; and Jerry Katzen, Attorneys for Naser

Abueqab, as Personal Representative of the Estate of Ghanem El Hindi, Katzen & Katzen, 7700

North Kendall Drive, Suite 610, Miami, Florida 33156-7567.

HINSHAW & CULBERTSON
200 South Biscayne Boulevard
Suite 800
Miami, FL 33131
(305) 358-7747

By: _____

Ronald L. Kammer
Florida Bar No. 360589
Maureen G. Markwith
Florida Bar No. 0057932
Attorneys for Allstate

F:\785717\summj.mot.wpd

- 8 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00 -6114
CIV-FERGUSON

ALLSTATE INSURANCE COMPANY,

Plaintiff,

**MAGISTRATE JUDGE**
**SNOW**

vs.

250 NORTH POWER LINE ROAD, INC. d/b/a
J-MAR FOOD STORES #2, and NASER
ABUEQAB, as Personal Representative of the
Estate of GHANEM EL HINDI,

Defendants.

_____/

## COMPLAINT FOR DECLARATORY RELIEF

The Plaintiff, Allstate Insurance Company ("Allstate") files this Complaint for Declaratory

Relief against 250 NORTH POWER LINE ROAD, INC. d/b/a J-MAR FOOD STORES #2 ("J-Mar")

and NASER ABUEQAB, as Personal Representative of the Estate of GHANEM EL HINDI ("El

Hindi"), as follows:

1.    This is an action for declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 for the

purpose of determining a question of actual controversy between the parties.

2.    The Plaintiff, Allstate, is a corporation incorporated under the laws of the State of Illinois

with its principal place of business in Cook County, Illinois.

3.    The Defendant, El Hindi, is a citizen of the State of Florida.

4.    The Defendant, J-Mar, is a Florida corporation incorporated under the laws of the State

of Florida with its principal place of business in Broward County, Florida.

5.    The matter in controversy exceeds the sum of $75,000, exclusive of interest and costs

as hereinafter alleged. This Court has jurisdiction by virtue of 28 U.S.C. § 1332.



CASE NO.

6.    On April 11, 1988, Allstate entered into a Customizer Business Insurance contract with

J-Mar Food Store #2. A copy of the policy is attached as Exhibit "A." The limit of liability for

comprehensive liability was $1,000,000 for each accidental event.

7.    The Allstate policy contains the following relevant provisions:

**1.    Insuring Agreement.**

    a.    We will pay on behalf of persons insured all sums
          which they become legally obligated to pay as damages
          arising out of an accidental event, personal injury or
          advertising injury that occurs while this policy is in
          effect.

**Exclusions - Liabilities We Do Not Cover**

We do not cover:

    7.    Any obligation that any person insured or their
          insurance carrier have under workers' compensation,
          unemployment benefits, disability benefits or similar
          laws.

    8.    a.    Any bodily injury to anyone employed by any
                persons insured arising out of and in the course
                of his or her employment by persons insured for
                which the persons insured may be held liable as
                an employer or in any other capacity;

        b.    Any obligation of persons insured to indemnify
              or contribute with another person because of
              damages arising out of such bodily injury; or

        c.    Any bodily injury sustained by the spouse,
              child, parent, brother or sister of an employee of
              persons insured as a consequence of bodily
              injury to such employee arising out of and in the
              course of his or her employment by persons
              insured

- 2 -

CASE NO.

> This exclusion applies to all claims and suits by any person or organization for damages because of such bodily injury, including damages for care and loss of service.
>
> This exclusion does not apply to liability assumed by persons insured under a contract or agreement that is not excluded.

8.     On August 5, 1999, El Hindi filed suit against J-Mar and others seeking to recover damages as the result of El Hindi's death. El Hindi alleges that J-Mar was negligent and as a result of its negligence, El Hindi was killed. At the time of his death, El Hindi was survived by his wife, age 27, and three surviving children.

9.     The Complaint does not allege whether El Hindi was employed by J-Mar at the time of his death.

10.     At the time of his death, El Hindi was employed and was acting within the course and scope of his employment for J-Mar.

11.     Allstate is currently defending J-Mar pursuant to a full and complete reservation of rights. As a result, Allstate has incurred and will incur substantial sums in the future in the form of attorneys' fees and costs.

12.     Upon information and belief, J-Mar contends that Allstate has a duty to defend and indemnify it based upon the allegations of the El Hindi Complaint.

13.     The Allstate policy does not afford coverage as El Hindi's claim falls within one or both of the exclusions set forth in Paragraph 7 of Allstate's Complaint for Declaratory Relief and the Allstate policy.

14.     El Hindi is a proper party to this Complaint for Declaratory Relief as his rights will be affected by this Court's declarations.

- 3 -

CASE NO.

15.    In view of the foregoing, the Allstate policy does not provide coverage to J-Mar, and by

the terms and provisions of 28 U.S.C. §2201, this Court has the power to declare the rights and liabilities

of the parties and to give such other relief as may be necessary.

**WHEREFORE**, the Plaintiff, Allstate Insurance Company requests this Court to:

a.    Determine and adjudicate the rights and liabilities of the parties with respect to

the Allstate policy;

b.    Find and declare that Allstate has neither the duty to defend nor duty to

indemnify J-Mar for any of the allegations in the El Hindi Complaint; and

c.    Grant Allstate such other and further relief as this Court deems just and proper

under the evidence and circumstances.

Respectfully submitted,

HINSHAW & CULBERTSON
200 South Biscayne Boulevard
Suite 800
Miami, FL 33131
(305) 358-7747

By: _____
RONALD L. KAMMER
Attorneys for Allstate

G:\DATA\785717\COMPLAIN.DR

- 4 -

8579

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6114
CIV - Ferguson
Magistrate Judge Snow

ALLSTATE INSURANCE COMPANY,

     Plaintiff,

v.

250 NORTH POWERLINE ROAD, INC.
d/b/a J-MAR FOOD STORES #2, and
NASER ABUEQAB, as Personal
Representative of the Estate of
GHANEM EL HINDI,

         Defendants. _____/

## DEFENDANT'S ANSWER

     COMES NOW the Defendant, 250 NORTH POWERLINE ROAD, INC. d/b/a J-MAR FOOD STORES #2, by and through its undersigned attorneys, and file its answer to the Complaint for Declaratory Relief as follows:

     1.   Admits

     2.   Admits

     3.   Unknown, therefore denied

     4.   Admits

     5.   Unknown, therefore denied

     6.   Admits

     7.   Admits



**EXHIBIT**

_B_

8.   Admits

9.   Admits

10.  Admits

11.  Admits

12.  Admits

13.  Denies

14.  Unknown, therefore denied

15.  Denied

Respectfully submitted,

DAVID B. PAKULA
Florida Bar No. 712851

WE HEREBY CERTIFY that a copy of the foregoing was mailed
and sent via facsimile (305-577-1063)  June 2, 2000, to Ronald L.
Kammer, Esq., Hinshaw & Culbertson, Attorneys for Plaintiff, 200
South Biscayne Boulevard, Suite 800, Miami, Florida 33131 and
mailed this same date to Jerry B. Katzen, Esq., Katzen & Katzen,
Attorneys for Abueqab, 7700 North Kendall Drive, Suite 610, Miami,
Florida 33156.

DAVID B. PAKULA
FAZIO DAWSON DISALVO CANNON
ABERS PODRECCA & FAZIO
Attorneys for Def/250
P. O. Box 14519
633 South Andrews Avenue, #500
Fort Lauderdale, Florida 33302
954-463-0585/954-940-3432



THIS IS A TRUE CERTIFIED COPY OF POLICY NUMBER: 049581741

INSURED: I- MAR FOOD STORE # 2

THE CERTIFIED COPY OF THIS POLICY IS FOR THE PERIOD :

FROM: 04-11-98    TO:    04-11-99

WITH ALL APPLICABLE FORMS AND ENDORSEMENTS ATTACHED:

CLAIM: # 3711615801

_Edward Lee_

MANAGER

Subscribed and Sworn to before
me this ___3___ day of _September_ , 1999.

_Maria Eugenia Lincc_
NOTARY PUBLIC   Notary Public, DeKalb County, Georgia
My Commission Expires May 14, 2001



EXHIBIT
C



# CUSTOMIZER

**Business Insurance Policy**

Allstate®  Special Form

**Allstate.**    A Stock Company    •    Home Office    •    Northbrook, Illinois
The Company named in the Declarations herein called Allstate, we, us, our, ours or the Company

Table of Contents — Subject                                                    Pages

# *Coverage A — Business Property*

Part One — Building (s) ...................................................... 1
  Property Covered............................................................. 1
  Property Insurance Adjustment (PIA) ...................................... 1
Part Two — Business Contents .............................................. 2
  Property Covered............................................................. 2
Money And Securities........................................................ 2
Collapse ...................................................................... 3
Debris Removal ............................................................... 4
Property We Do Not Cover .................................................. 4
Additional Protection......................................................... 4
Losses Covered Under Coverage A .......................................... 7
Losses We Do Not Cover...................................................... 7
Optional Coverages:
  Part Three — Loss of Income-Rents ....................................... 12
  Part Four — All Exterior Glass ........................................... 13
  Part Five — All Exterior Signs ........................................... 13
  Part Six — Employee Dishonesty .......................................... 13
Deductibles .................................................................. 15
Coverage A — Conditions..................................................... 15
  How We Settle a Loss, Insurable Interest and Our Liability, Our
  Options, Abandoned Property, Permission Granted to You, Loss
  Clause, Our Payment of Loss, Appraisal, Mortgagee, Glass
  Replacement, No Benefit to Bailee, Other Insurance, Loss Payable
  Clause, Property of Others, Impairment of Recovery, Effects of
  Events You Cannot Control, General Average and Salvage Charges

# *Coverage B — Business Liability*

Part One — Comprehensive Liability ........................................ 21
  Liabilities Covered ........................................................ 21
  Limits of Liability ........................................................ 21
  Defense .................................................................... 22
  Persons Insured............................................................ 22
  Exclusions — Liabilities We Do Not Cover ............................... 23
Part Two — Medical Payments................................................ 28
  Exclusions — Expenses We Will Not Pay For .............................. 28
Optional Coverage........................................................... 30
  Part Three — Employer's Non-Ownership Automobile Liability........... 30
Coverage B — Condition ..................................................... 32
  Other Insurance ........................................................... 32
Coverage B — Exclusions..................................................... 32
  Nuclear Energy Liability .................................................. 32
  War ........................................................................ 33

**Table of Contents — Subject**                                    **Pages**

## *General*

**General Conditions**............................................................ 34
  Premiums, Recovering Damages From a Third Party, Policy
  Changes, Assignment and Transfers, Cancellation, Concealment and
  Fraud, How State Law Affects This Policy, Losses Covered Under
  Different Parts of This Policy, Inspections and Audits, Where You
  Are Protected, What to Do if You Have a Loss, Legal Action
  Against Us, Bankruptcy or Insolvency
**Definitions** ................................................................... 37

## Coverage A — Business Property
## Part One — Buildings

### Property Covered
This policy covers the replacement cost (or the actual cash value, if such is indicated in the Declarations) of the building(s) for which a description and limit of liability is shown in the Declarations. This coverage includes the following items when on the same premises:

1. Permanent fixtures, machinery and equipment such as heating and air conditioning and elevators used to provide building services.

2. Additions and extensions to the described building. We also cover garages, storage sheds and swimming pools used in connection with your business.

3. Yard fixtures such as fences, lamp posts and flag poles.

4. Construction materials and supplies that you intend to use to alter, repair or expand an insured building.

5. Personal property you own and use to service or maintain the building including fire extinguishing equipment, outdoor furniture, floor coverings, and appliances for refrigerating, ventilating, cooking, dishwashing and laundering.

6. Personal property in apartments or rooms you furnish as landlord.

7. Accounts receivable are covered when the insured building is an apartment or condominium.

8. Outdoor trees, shrubs or plants on the premises for not more than $1,000 on any one item, including cost of removal, or a total amount not exceeding $5,000 in any one loss for each insured location.

### Property Insurance Adjustment
When The Declarations indicate that the Property Insurance Adjustment Condition applies, the limits of liability for Coverage A, Part One — Buildings, will be increased in proportion to the increase in replacement costs between the time the existing limits were established and the date of loss or damage, but not to exceed 10%. These limits will be derived from the Building Cost Percentage Change Factors as published by American Appraisal Company, Inc.

The limits of liability will not be reduced to less than the limits of liability specified in the Declarations at the time of policy issuance without your consent.

Any adjustment in premium resulting from the application of this condition will be made on the basis of premium rates in use by us at the time a change in limits is made. We have the right to change to another building cost index or to

Page 1

# Coverage A — Business Property

withdraw this condition as of the policy anniversary date by giving you at least 30 days notice. This applies only if the change or withdrawal applies to all Customizer policies issued by us.

You have the right to refuse the change in limits resulting from the application of this condition, and you have the right to change the limits of liability at any time.

# Part Two — Business Contents

## Property Covered
This policy covers the replacement cost (or actual cash value, if such is indicated in the Declarations) of business contents owned by you, usual to your business, on the premises described in the Declarations, or within 100 feet of such premises for which a limit of liability is shown in the Declarations, including:

1. Property of others, but not that of an employee, in your care, custody or control for business purposes.

2. Tenant's improvements and betterments. If you are a tenant and have a lease agreement, we will pay for your immovable fixtures, improvements and alterations made or acquired at your expense and which are not included in your rent.

3. Accounts receivable that you are unable to collect because your records have been damaged or destroyed.

4. Valuable papers and records.

5. Damage to Buildings from Theft, Burglary or Robbery. We will pay for loss (except by fire or explosion) to that part of the building occupied by you and containing property covered, directly resulting from theft or attempted theft, burglary or robbery provided you are liable for such damage. This coverage does not apply to glass (other than glass building blocks) or to any lettering or ornamentation.

# Money and Securities

Your policy provides the coverages for money and securities described below:

1. Losses Inside Your Premises

   We will pay up to $10,000 for loss of or damage to money or securities from either of the following locations:

   a. Inside your premises described in the Declarations, or

   b. A night depository safe on a bank's premises.

Page 2

## *Coverage A — Business Property*

2. Losses Outside Your Premises

    We will pay up to $2,000 for loss of or damage to money or securities outside your premises while being carried by you, one of your partners or any of your employees authorized to have the money and securities or while in the living quarters of your home or the home of one of your partners or any employee authorized to have the money or securities.

## *Collapse — Parts One and Two*

We will pay for risk of direct physical loss involving collapse of a covered building or any part of a covered building caused only by one or more of the following:

a.  fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism or malicious mischief; breakage of glass; falling objects; weight of snow, ice or sleet; water damage; all only as insured against in this policy;

b.  hidden decay;

c.  hidden insect or vermin damage;

d.  weight of people or personal property;

e.  weight of rain which collects on a roof;

f.  use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not be liable for loss to the following types of property, if otherwise covered in this policy, under items b, c, d, e, and f unless the loss is a direct result of the collapse of a covered building:

    outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings; gutters and downspouts; yard fixtures; outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This coverage does not increase the amount(s) of insurance provided in this policy.

Page 3

## Coverage A — Business Property

### Debris Removal — Parts One and Two

We will pay the cost of removing debris when covered property is destroyed or damaged by an insured peril. We do not pay more than the limits of your coverage shown in the Declarations for the total amount of the loss to your property, including removal of the debris.

## Property We Do Not Cover

We do not cover the following property:

1. Aircraft.

2. Watercraft, except those held for sale, service or repair.

3. Lawns, Growing Crops.

4. Notes, deeds, accounts payable, bills, or mortgages and other evidence of debt. Securities and tickets, except as provided under the Money and Securities Section of this policy.

5. Property you have sold on an installment or other deferred payment basis after it has been delivered to the customer.

6. Automobiles, trucks, trailers or semitrailers or any other self-propelled vehicles or machines. We cover motorized equipment such as tractors, lawn mowers or forklifts used principally on your business premises and not licensed for use on public roads.

7. Exterior signs, except as provided under Additional Protection.

8. Walks, roadways and other paved surfaces.

9. Apartment and condominium garages and storage sheds, except for coverage afforded under Additional Protection for Apartment and Condominium Outbuildings. Additional coverage may be provided if specifically shown in the Declarations.

## Additional Protection

In addition to the coverage under Parts One and Two, this policy also gives you the following protection for losses covered under Coverage A:

# Coverage A — Business Property

1. Off Premises

    When coverage is provided under Part One, we will pay up to 10 percent, but not to exceed $10,000, of the sum of the Building limits for personal property while temporarily removed from your premises for the purposes of cleaning, repairing, reconstruction or restoration. When coverage is provided under Part Two, we will pay up to 10 percent, but not to exceed $10,000, of the sum of the Business Contents limits to cover such property temporarily at premises not described in the Declarations. This coverage will cease sixty days from the date you begin using such other premises.

    This protection does not cover:

    a. Salesmen's samples or property at fairs, exhibitions or displays,
    b. Property you rent or lease to others or that is on someone else's premises for or during construction or installation,
    c. Property in transit or newly-acquired property.
    d. Property not used for your business occupancy.

2. Property in Transit

    When coverage is provided under Part Two, we will also cover your business contents while in transit on vehicles owned by, rented to or controlled by you. We will also cover the following losses: flood, earthquake and landslide. We will not cover loss caused by theft, unless the property was in a locked area or compartment of the vehicle and there are visible marks of entry.

    We will pay up to a total of $10,000 on any one loss in any one vehicle, subject to the following limits:

    a. $2,500 on business contents owned by you;

    b. $10,000 on property sold or property of others in your care, custody or control for the purpose of pickup and delivery.

    This protection does not apply to property of your employees or to property in the care of your sales personnel.

3. Newly-Acquired Property

    We will pay up to 25%, but not more than $100,000, of your Building limits to cover any new buildings you acquire for use in your business or to cover new fixtures, additions or alterations you add to an existing building. When coverage is provided under Part Two, we will also pay up to $10,000 for Business Contents at newly-acquired locations.

    Your building(s) will be covered for 60 days after you acquire the new building(s) or begin installation or construction. Your Business Contents will be covered for 60 days beginning on the date the Business Contents are

Page 5

## *Coverage A — Business Property*

moved to the newly-acquired location. You must report the value of newly-acquired property to us and pay an additional premium. The premium will be computed from the date coverage begins.

4.  Continuing the Business

We will pay up to $1,000 to help you maintain normal business operations following the damage or destruction of a covered building or property. We will pay necessary expenses that are over and above your normal operating costs and that are directly related to your loss.

5.  Personal Effects

We will pay up to a total of $5,000 to cover the personal effects that belong to you, your officers, partners or employees while those personal effects are at the premises described in the Declarations.

This property is not covered if it is already insured elsewhere. We will not pay more than $500 for any one person's property. If this protection is used to cover someone else's property, we can settle all losses with you and make all payments to you.

6.  Seasonal Automatic Increase

We will increase your Business Contents limits up to 25% to provide for seasonal variations. However, you will not receive this automatic seasonal increase unless the limit of liability shown in the Declarations is at least 100% of the average monthly value of covered Business Contents for the 12 months immediately before the loss. If you have been in business for less than 12 months at that location, we will use the average value for the number of months you have been in business.

7.  Fire Extinguisher Recharge

We will pay up to $1,000 for the cost of recharging your Underwriters Laboratories listed or Factory Mutual-approved fire extinguishers after being used in fighting a fire on your premises or on adjoining premises.

8.  Fire Department Charges

We will pay up to $10,000 for fire department charges providing you have contracted for this service prior to a loss or when you call the fire department because of a fire at or adjacent to your premises. We will not pay for these charges if your property is located within the limits of the city, municipality, or fire protection district which normally is responsible for this service.

## *Coverage A — Business Property*

9. Apartment and Condominium Outbuildings

   We will pay up to 10% of the total amount of insurance specified for apartment or condominium buildings but not more than $25,000 to cover all outbuildings which are solely used for garaging of automobiles or storage purposes, provided that such buildings are appurtenant to the described premises and provided further that such outbuildings are not used for or in connection with mercantile or manufacturing operations.

10. Exterior Signs

    We will pay up to $2,000 to cover Exterior Signs owned or leased by you from loss directly resulting from any external cause. We will not pay for loss resulting from war, government seizure, nuclear damages, wear and tear, latent defect, corrosion or rust.

This additional protection will benefit only the owner of the property. We can settle the amount of the loss with either you or the owner. If we settle with the owner, his or her receipt will satisfy any claim you have for the loss.

## *Losses Covered Under Coverage A*

This policy insures your covered property for loss or damage resulting from direct physical loss, except for those Losses We Do Not Cover listed below.

## *Losses We Do Not Cover*

1. We do not cover any loss or damage caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   a. Building Laws

      We do not cover any loss that results from the enforcement of any law governing the use, construction, repair or demolition of buildings or other structures, including the removal of debris. You are covered if your property is destroyed by a civil authority in order to stop the actual spread of fire.

   b. Utility Failure

      We will pay for a loss that results from utility failure when the interruption occurs on the premises of the covered location and is caused by a loss covered under Coverage A. We do not cover any loss that results from the failure of power, heating, cooling or other utility service furnished to a covered location when the cause of the

## *Coverage A — Business Property*

interruption of service occurs away from that location. However, if a peril insured against ensues on the covered premises, we will pay only for loss caused by the ensuing peril.

c. Earth Movement — Water

We do not cover any loss, except to property in transit, that is caused by any of the following:

i. Earth movement, including but not limited to earthquake, landslide, mudflow, earth sinking, earth rising or shifting.
ii. Volcanic eruption. Volcanic eruption means the eruption, explosion or effusion of a volcano.
iii. Flood, surface water, waves, tidal water or tidal wave, overflow of streams or other bodies of water, or spray, even if driven by wind.
iv. Water which backs up through sewers or drains.
v. Water below the surface of the ground including that which exerts pressure on or flows, seeps or leaks through sidewalks, driveways, foundations, walls, basement or other floors, or through doors, windows, or any other openings in such sidewalks, driveways, foundations, walls or floors;

However, if a fire or explosion results from any of the perils listed in this paragraph, we will pay only for the damage directly caused by the fire or explosion.

d. Nuclear

We do not cover any loss or damage caused directly, indirectly, contributed to or aggravated by nuclear reaction, nuclear radiation or radioactive contamination whether controlled or uncontrolled. These causes of loss are not to be considered fire, smoke, explosion or any *other insured peril. We will cover direct loss by fire resulting from* nuclear reaction, nuclear radiation or radioactive contamination if the loss would otherwise be covered under Coverage A.

e. War and Government Seizure

We do not cover any loss, damage or injury caused by war (declared or undeclared), invasion, insurrection, rebellion, revolution, civil war, seizure of power or anything done to hinder or defend against these actions.

We do not cover seizure or destruction of your property under quarantine or customs, regulations or confiscation by any government or public authority. Illegal transportation or trade is not covered. Any subsequent loss which would otherwise be covered under Coverage A is not covered.

## *Coverage A — Business Property*

2. We do not cover any loss or damage caused by:

   a. Delay or Loss of Market

      We will not cover any losses caused by any delays or because you have lost customers for any reason.

   b. Weather

      We do not cover any loss to property in the open caused by rain, cold weather, frost, snow, ice or sleet.

      We do not cover loss to the interior of the building or the covered property caused by:

      Rain, snow, sand or dust, whether driven by wind or not, unless the buildings covered or containing the property covered first sustains an actual damage to roof or walls by the direct action of wind or hail.

   c. Leakage from Frozen Equipment

      If plumbing, heating, air conditioning or other equipment or appliance in a vacant or unoccupied building leak or overflow because of freezing, we do not cover any losses that result unless:

      a. You have done everything reasonably possible to maintain heat in the building, or

      b. The equipment and appliances have been properly drained and the water supply shut off while the building was vacant or unoccupied.

      However, we will cover leaks and overflows from a frozen fire-protective system, even if the water has not been drained and shut off or heat maintained in the building.

   d. Wear and Tear, Breakdowns, Smog, Animals

      We do not cover losses caused by any of the following:

      i. Wear and tear or any marring or scratching.
      ii. Deterioration, defects that could not have been discovered with a reasonably thorough inspection, or any quality in the property which makes it inherently dangerous or likely to break down.
      iii. Any mechanical breakdown, including a rupture or bursting due to centrifugal force, except when coverage is provided under Part Nine — Heating and Air Conditioning Equipment or Part Ten — Comprehensive Heating, Air Conditioning and Refrigeration Equipment.

Page 9

## *Coverage A — Business Property*

iv.  Rust, mold, rot, contamination, temperature changes or
extremes, or the wetness or dryness of the air.

v.  Smog or smoke from agricultural smudging or industrial
operations.

vi.  Birds, insects, rodents or other animals.

However, if one of these causes of damage then causes a fire, smoke
(except from agricultural smudging or industrial operations), an
explosion, glass breakage, or water damage covered by this policy, we
will cover losses caused directly by the fire, smoke, explosion, glass
breakage or water.

e.  Settling

We do not cover losses caused by the settling, shrinking, cracking or
expansion of swimming pools, foundations, walls, floors, roofs or
ceilings.

f.  Explosions of Steam Boilers and Other Steam Equipment

We do not cover any losses caused by the explosion of steam boilers,
steam pipes, steam turbines or steam engines that you own, lease, or
which are operated under your control. However, we will cover losses
caused directly by the explosion of gases or unburned fuel in the
firebox or combustion chamber, or in flues which lead gases away
from the combustion chamber.

If a fire or another explosion outside the steam equipment results
from the original explosion, we will cover losses directly caused by the
fire or resulting explosion.

g.  Other Problems Inside Steam Boilers and Other Steam Equipment

We do not cover damage to steam boilers, steam pipes, steam turbines
or steam engines caused by any condition or any condition occurring
inside the equipment. However, we will cover damage caused directly
by the explosion of gases or unburned fuel in the firebox or
combustion chamber, or in flues which lead gases away from the
combustion chamber.

h.  Problems Inside Water Heating Equipment

We do not cover damage to hot water boilers or other water-heating
equipment caused by any condition or any condition occurring inside
the equipment. However, we will cover damage caused by an
explosion of that equipment.

i.  Errors or Omissions

Loss due to bookkeeping, accounting or billing errors or omissions.

Page 10

# Coverage A — Business Property

j. Disappearance of Property

We do not cover losses from the unexplained disappearance of any property or from any shortage disclosed by the taking of inventory.

k. Fraud by Others

We do not cover any losses that result because you or anyone else has voluntarily given either title to or possession of your property to someone as the result of any fraud or false representation.

l. Dishonesty

We do not cover losses due to the pilfering, taking or concealment of any property or any fraudulent or criminal act if you, your partners, joint venturers, directors, trustees, agents, employees or anyone to whom you have entrusted the property was knowingly involved in the loss.

m. Collapse

We do not cover any losses due to collapse, except as provided under Collapse — Parts One and Two. If a peril not otherwise excluded ensues on the covered premises, we will pay only for loss caused by the ensuing peril.

n. Electricity

We do not cover loss caused by electricity other than lightning. However, if a fire results, we will pay for the damage caused by the fire.

3. We do not cover any loss or damage caused by any of the following. However, any ensuing loss not excluded or excepted in this policy is covered.

   a. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1, above or to produce the loss;

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

   c. Faulty, inadequate or defective:

      i.  planning, zoning, development, surveying, siting;
      ii. design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

# *Coverage A — Business Property*

iii. materials used in repair, construction, renovation or remodeling; or
iv. maintenance;

of part or all of any property whether on or off the described
premises.



# *Optional Coverages*

The following Optional Coverages are subject to the agreements and
conditions applicable to Coverage A — Business Property, except as otherwise
provided.

## Part Three — Loss of Income-Rents

When coverage is shown in the Declarations for Loss of Income, we will pay
up to 12 consecutive months from the time of loss for:

1. Your loss of income resulting from a covered loss but not to exceed the
   actual reduction in net income from the operation of the business plus
   charges and expenses which necessarily continue during the interruption of
   business. In determining your loss, we will consider the normal charges
   and expenses, including payroll expense, to the extent necessary to resume
   operations of the insured with the same quality of service which existed
   immediately preceding the loss. We will not pay for more than your actual
   loss of net income for the shortest time required to repair or replace your
   property with the exercise of due diligence and dispatch.

2. Your loss of rental income resulting from a covered loss of that part of the
   insured premises you have rented to others less charges and expenses
   which do not continue. We will only pay your actual loss of net rental
   income for the shortest time required to repair or replace your property
   with the exercise of due diligence and dispatch.

3. Your loss of net income or net rental income, after reopening or
   resumption of your business, for an additional 60 consecutive days to
   return your business to the income position which would have existed had
   no loss occurred.

4. The reasonable and necessary loss of net income or net rental income for
   up to two weeks should civil authorities prohibit you from occupying the
   insured premises due to a loss at the immediately adjacent premises,
   caused by a peril we insure you against.

5. Your loss of profit when sold merchandise still on your premises is lost or
   destroyed by an insured peril.

This coverage is not limited by the termination of this policy, provided the
covered loss occurred while the policy was in effect.

Page 12

# *Coverage A — Business Property*

We do not pay for loss or expense due to the cancellation of any lease or agreement.

No deductible applies to this Part.

"Net income" means net profit plus necessary continuing expenses.

## Part Four — All Exterior Glass
When coverage is shown in the Declarations for All Exterior Glass, we will pay for loss directly resulting from any external cause. We do not pay for loss resulting from war, government seizure, nuclear damage, wear and tear, latent defect, corrosion or rust. This coverage applies to:

1. All exterior glass, including encasing frame, burglar tapes, lettering and ornamentation. This must be your property or property of others in your care, custody or control in that part of the building occupied by you and described in the Declarations.

2. The expense of boarding up damaged openings, installing temporary plates and removing or replacing obstructions when necessary.

3. The expense to replace glass using safety glazing materials when required by law.

## Part Five — All Exterior Signs
When coverage is shown in the Declarations for All Exterior Signs, we will pay up to the limits of liability shown in the Declarations for loss directly resulting from any external cause. We will not pay for loss resulting from war, government seizure, nuclear damage, wear and tear, latent defect, corrosion or rust. This coverage applies to all exterior signs which are your property or the property of others in your care, custody or control at the premises described in the Declarations.

## Part Six — Employee Dishonesty
When coverage is shown in the Declarations for Employee Dishonesty, we agree to pay you for the loss of money, securities and other personal property for an amount not exceeding the limit of liability shown in the Declarations. This coverage applies to any fraudulent or dishonest act committed by any of your employees, whether acting alone or in collusion with others.

We do not cover any loss:

1. Due to any fraudulent, dishonest or criminal act by you or by any of your partners, officers, directors, trustees or joint venturers, whether acting alone or in collusion with others.

# *Coverage A — Business Property*

2. When proof, either as to its factual existence or its amount, is dependent upon an inventory computation, or a profit-and-loss computation. However, this exclusion will not apply to loss which you can prove through evidence wholly apart from such computations.

3. To any mysterious or unexplained disappearance or shortage of money, securities and other personal property.

Valuation

The limit of our liability for loss will not exceed the replacement cost at the time of loss. At your option, payment of the cost of replacing securities may be determined by the market closing price as of the date of settlement of the loss.

Conditions

1. Dishonest or fraudulent acts or a series of similar or related acts of any employee acting alone or in collusion with others during the policy period will be deemed to be one loss for the purpose of applying the deductible and the limit of liability.

2. If more than one insured is covered under this policy, our liability will not exceed the amount for which we would be liable if there was only one insured.

3. Regardless of the number of years this policy will continue in force, the limit of liability shown in the Declarations will not be cumulative from year to year.

4. Once you or one of your partners or officers discovers that an employee(s) has committed a dishonest or fraudulent act, your coverage for future acts by that employee(s) will end.

Continued Coverage

We will cover your loss under this part only if discovered not later than one year from the end of the policy period, and then this Part will apply only to loss which occurred during the policy period.

Continuation of Prior Coverage

You may have been insured by a previous policy that covered the same losses this Part covers and that ended at the time this Part became effective. If you were, but cannot recover on a loss that was caused while the previous policy was in force because its discovery period has run out, we will cover your loss if it is discovered within two years after the previous policy has expired. The loss must be the kind that would be covered by this Part had it been in effect at the time the acts that caused the loss occurred. In event of covered loss, we will pay the lesser of the following:

Page 14

## *Coverage A — Business Property*

1. The amount which would have been payable under the previous policy; or

2. The amount payable under this Part.

General Condition 11b does not apply to this Part.



## *Deductibles*

The amount of deductible shown in the Declarations will be deducted from each adjusted loss to property under Coverage A, except an amount of $100 will be deducted from each adjusted loss for the following optional coverages:

> All Exterior Glass
> All Exterior Signs
> Employee Dishonesty
> Heating and Air Conditioning Equipment

Theft
> The amount of deductible to loss by theft will be $200 or the deductible amount shown in the Declarations, whichever deductible is higher.

Earthquake Assumption deductible
> The deductible in Part Eight will apply.

A deductible does not apply to coverage as provided for Loss of Income, Accounts Receivable and Valuable Papers and Records.



## *Coverage A — Conditions*

1. How We Settle a Loss

   a. Replacement Cost
      When the Declarations indicate that coverage is written on a replacement cost basis, there will be no deduction for depreciation. With the exception of loss to Tenant's Improvements and Betterments, Accounts Receivable, Valuable Papers and Records, payment will not exceed the least of the following amounts:

      i. The replacement cost of any part of the property damaged with equivalent material; or
      ii. The amount actually and necessarily spent to repair or replace the damaged property; or
      iii. The limit of liability applying to the property.

   We will not pay more than the actual cash value of the damage until the repair or replacement is completed. If you decide not to repair or replace the damaged property, settlement will be on an actual cash value basis, not

Page 15

# *Coverage A — Business Property*

to exceed the limit of liability applying to the property. You may make further claim for any additional replacement cost payment provided we are notified in writing within 180 days after loss of your intent to make such further claim.

b.  Actual Cash Value
When the Declarations indicate coverage is written on an actual cash value basis, we may make a deduction for depreciation. The actual cash value will be determined at the time of loss. Payment will not exceed the least of the following amounts:

i.   Actual cash value; or
ii.  The amount to repair or replace the damaged property with that of like kind and quality; or
iii. The limit of liability applying to the property.

c.  Tenant's Improvements and Betterments
We will pay:

i.   For replacement cost or actual cash value as indicated in the Declarations for the damaged or destroyed alterations or additions, if they are repaired or replaced at your expense.
ii.  For the damaged or destroyed alterations or additions that are not repaired or replaced within a reasonable time after the loss. We will first divide the period of time between the date of loss and the expiration date of your lease by the period of time between the date the alterations or additions were made and the expiration date of your lease. We will then take the result and multiply it by the original cost of the alterations or improvements. The resulting figure is the amount we will pay.

We will not pay if the damaged or destroyed alterations or additions are repaired or replaced at someone else's expense.

d.  Accounts Receivable
On Accounts Receivable, we will pay up to the limit applying to the property for:

i.   All sums due you from customers, provided you are unable to collect them as the direct result of loss or damage to records of accounts receivable;
ii.  Interest charges on any loan to offset impaired collections pending repayment of such sums made uncollectible by such loss or damage;
iii. Collection expense in excess of normal collection cost and made necessary because of such loss or damage;
iv.  Other expenses, when reasonably incurred by you in re-establishing records of accounts receivable following such loss or damage.

Page 16

## *Coverage A — Business Property*

e. Valuable Papers and Records
Payment will not exceed the least of the following amounts:

i. Actual cash value of the property at the time of loss; or
ii. What it would then cost to repair or replace the property with other of like kind and quality; or
iii. The limit of liability applying to the property.

2. Insurable Interest and Our Liability

In the event of a loss, we will not pay for more than the insurable interest which you have in the property covered by this policy, nor more than the amount of coverage afforded by this policy.

3. Our Options

In the event of loss, we have the option of taking all or part of the covered property at the agreed or appraised value. We have the option to repair, rebuild or replace the damaged or destroyed property with property of like kind and quality within a reasonable time. We must give you notice of our intention within 30 days after we receive your signed, sworn proof of loss.

4. Abandoned Property

We are not obligated to accept any property abandoned by an insured.

5. Permission Granted to You

a. The insured premises may be unoccupied without limit of time, but we will not be liable for loss occurring while the insured premises is vacant beyond a period for 60 consecutive days.
b. You may make alterations, additions, repairs, and complete structures under construction.

6. Loss Clause

Any loss you may have will not reduce the amount of this insurance.

7. Our Payment of Loss

We will settle any covered loss with you. We will pay you within 60 days after the amount of loss is finally determined and you have provided us with a proof of loss. This amount may be determined by an agreement, between you and us, a court judgment, or an appraisal award.

8. Appraisal

If you and we fail to agree on the amount of loss, either party may make written demand for an appraisal. Each party will select a competent and disinterested appraiser and notify the other of the appraiser's identity

# *Coverage A — Business Property*

within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the insured premises is located to select an umpire.

The appraisers will then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award by any two will determine the amount of loss.

Each party will pay the appraiser it chooses and equally bear expenses for the umpire and all other expenses of the appraisal.

9. Mortgagee

We will pay mortgagees named in the Declarations for covered loss to the extent of their interest and in the order of precedence, and all the provisions of this policy apply to these mortgagees.

We will:

a. Protect the mortgagee's interest in an insured building in the case of breach of warranty, increase in hazard, change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions.
b. Give the mortgagee at least 30 days' notice if we cancel this policy.

The Mortgagee will:

a. Furnish proof of loss within 60 days after notice of the loss if the insured fails to do so.
b. Pay upon demand any premium due if the Insured fails to do so.
c. Notify us of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge.
d. Give us the mortgagee's right of recovery against any party liable for loss.
e. After a loss, permit us to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision will apply to any trustee named in the Declarations.

10. Glass Replacement

We will replace covered glass using safety glazing materials when required by law.

## *Coverage A — Business Property*

11. No Benefits to Bailee

    This insurance will not in any way benefit any person or organization who may be caring for or handling your property for a fee.

12. Other Insurance

    If this insurance and other insurance apply to a loss, we will not pay for any loss until the liability of the other insurance has been exhausted. We will pay only the amount which exceeds the amount due from the other insurance, whether collectible or not. However, we will not pay more than the applicable limits of Liability under this policy.

13. Loss Payable Clause — Applicable Only to Business Contents

    The interest of any loss payee named in the Declarations is also insured but only with respect to Business Contents and without any increase in the amount of this policy. Losses will be adjusted with and payable to you and the loss payee named in the Declarations. If there is no loss payee named in the Declarations, losses will be adjusted with and payable to you, except as provided in Condition 14, Property of Others.

14. Property of Others

    In the event of a covered loss to property of others held by you, for which claim is made, any loss payment will be at your option. If you request us to pay for loss or damage to property of others held by you, the right to adjust such loss or damage with the owner or owners of the property is reserved to us. The receipt of payment by such owner or owners will be full satisfaction of your claim for which such payment has been made.

15. Impairment of Recovery

    We will not pay any loss if you have impaired any right of recovery for loss to the insured property. However, it is agreed that while covered property is on your premises, you have permission to release others in writing from liability for loss prior to loss, and this release will not affect your rights to recover.

16. Effect of Events You Cannot Control

    The following events will not effect your coverage:

    a. Anything the owner of a building does or fails to do, as long as the owner is not you or someone under your control.
    b. Anything the occupant of a building does or fails to do, as long as you are not the occupant or the occupant is not under your control.

Page 19

## *Coverage A — Business Property*

---

    c.   Your failure to comply with any requirement of any amendment to
this policy, as long as that requirement concerns a part of your
premises over which you have no control.

17. General Average and Salvage Charges

    If transportation coverage is provided under this policy, we will pay
general average and salvage charges for which you become legally liable.

# Coverage B — Business Liability

## Part One — Comprehensive Liability

### Liabilities Covered

We will pay on behalf of persons insured all sums which they become legally obligated to pay as damages arising out of an accidental event, personal injury or advertising injury that occurs while this policy is in effect. We will cover accidental events arising out of your completed work or products only when the accidental event occurs away from premises you own or rent and:

1. After the work has been completed or abandoned.

2. The product is in the hands of the consumer.

Fire and Specified Perils Legal Liability:

We will also pay on behalf of persons insured all sums which they become legally obligated to pay for property damage to structures rented to or occupied by you, including fixtures permanently attached, if such property damage arises out of fire, explosion, vehicles and aircraft, occurring while this policy is in effect. Our total liability for all damages as a result of any one fire, explosion, vehicles or aircraft, or a series or combinations of the above will not exceed either $50,000 or the limit shown in the Declarations for each accidental event.

Incidental Medical Malpractice Liability:

We will also pay on behalf of persons insured all sums which they become legally obligated to pay for bodily injury arising out of the rendering of or failure to render the following services while this policy is in effect:

1. Medical, surgical, dental, x-ray or nursing service or treatment, or the furnishing of food or beverages in connection with these services, or

2. The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

However, this coverage does not apply to persons insured if they are engaged in the business or occupation of providing any of the services described in (1) and (2) above.

### Limits of Liability

The maximum amount we will pay for each accidental event or personal injury covered under this Part, no matter how many persons insured, injured parties, property owners or claims are involved, will not exceed the limit of liability shown in the Declarations for each accidental event.

Products and Completed Work

Page 21

## *Coverage B — Business Liability*

The limit of liability shown in the Declarations for each accidental event is the maximum amount we will pay for all covered accidental events occurring within this policy period arising out of products and completed work.

Advertising Injury Liability

The maximum amount we will pay for all covered advertising injury occurring within this policy period will be $100,000.

### Defense

We will defend any suit brought against persons insured seeking damages to which this Part applies, even if the allegations in the suit are groundless, false or fraudulent. We will not defend a suit or pay any claim after the limits shown in the Declarations have been used up by paying judgments or settlements. We have the right to investigate, negotiate and settle any suit or claim if that seems proper in our judgment.

We will pay the following costs or expenses in addition to the limits of liability:

1. Costs of defending any suit, including interest on any judgment. Our duty to pay interest ends when we pay, tender or deposit in court that part of the judgment which does not exceed the limit of liability.

2. Premiums on appeal bonds or on attachment bonds to release property that is being used to secure a legal obligation. However, the amount of the bond will not exceed the limit of liability.

3. Reasonable costs persons insured incur at our request while helping us investigate or defend a claim or suit including earnings persons insured lose, up to $100 a day.

4. Emergency expenses incurred by persons insured while administering first aid to someone injured in an accidental event. However, the bodily injuries must be covered under this policy.

### Persons Insured

Who Has Liability Coverages

The following people and organizations are persons insured under this Part:

1. You.

2. If you are shown in the Declarations as an individual, your spouse for activities related to your business.

3. If you are shown in the Declarations as a partnership or joint venture: The partners and joint venturers as long as their liability arises out of their activities as a partner or joint venturer. We will also cover the spouse of any partner or joint venturer for activities related to your business.

Page 22

## *Coverage B — Business Liability*

4. If you are shown in the Declarations as any organization other than an individual, partnership or joint venture: Executive officers, stockholders, members of the board of trustees, and directors or governors while they are acting within the course and scope of their duties.

5. Your employees while acting within the course and scope of their employment.

6. Any person or organization acting as your real estate manager.

7. Any organization you acquire or form during the policy period and in which you have at least a majority interest, except for joint ventures. We will not provide coverage for that organization if it is covered under any other policy, even if you cannot collect because you have exhausted that policy's limits of liability. Coverage for an organization you acquire or form will end 90 days after you acquire or form it, unless specifically added to the policy by endorsement.

8. Persons or organizations while using mobile equipment registered to you, provided they had your permission. They are not covered, however, if other valid and collectible insurance is available to cover the accidental event.

9. Any person or organization shown in the Declarations as an Additional Insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises shown in the Declarations as leased to you and does not apply to the following:

   a. Any accidental event which takes place after you cease to be a tenant in said premises.
   b. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated in the Declarations as an Additional Insured.

Your Liability Coverages apply separately to each person insured. However, the Limits of Liability is the most we will pay, regardless of the number of persons insured.

### Exclusions — Liabilities We Do Not Cover
We do not cover:

1. Any accidental event, personal injury or advertising injury arising out of any contractual liability assumed by any persons insured:

   a. If the accidental event or injury occurred prior to the effective date of the policy.
   b. If the accidental event or injury is caused by an architect, engineer or surveyor in the performance of or failure to perform professional services including:

Page 23

## *Coverage B — Business Liability*

   i.  The preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

   ii.  Supervisory, inspection or engineering services.

   c.  If the indemnitee is an architect, engineer or surveyor including his or her agents or employees when the accidental event or injury arises out of:

   i.  The preparation or approval or the failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or

   ii.  The giving of or the failure to give direction or instructions by the indemnitee, his or her agents or employees, provided such giving or failure to give is the primary cause of the accidental event.

   d.  For the benefit of any employee or former employee of any persons insured, arising out of that employment.

2.  Any accidental event arising out of the ownership, maintenance, operation, use, loading or unloading of aircraft or autos that are owned, used, rented or borrowed by any persons insured or their employees or for which liability is assumed under any contract. Autos include cars, trucks, trailers and other land vehicles designed for travel on public roads, but not mobile equipment.

   We will cover the parking of autos on your premises or adjacent roadways, provided the auto is not owned, rented or borrowed by any persons insured.

3.  Any accidental event arising out of the ownership, maintenance, operation or use of mobile equipment while being used in a race, a speed or demolition contest, for stunts, or in practice for such events. We will not cover accidental events caused by mobile equipment while it is being transported by an auto that is owned, operated, rented or borrowed by any persons insured.

4.  Any accidental event arising out of the operation or use of snowmobiles or trailers designed to be attached to snowmobiles.

5.  Any accidental event arising out of the ownership, maintenance, operation, use, loading or unloading of:

   a.  Any watercraft owned, used, rented or borrowed by any persons insured.

   b.  Any other watercraft used by anyone in the course and scope of their employment by any persons insured.

   However, we will cover accidental events arising out of the ownership, maintenance, operations or use of:

Page 24

## *Coverage B — Business Liability*

a. Watercraft while ashore on premises you own, rent or control.
b. Any watercraft under 26 feet in length, as long as you do not own it or it is not being used to carry people or property for a charge.

6. Any accidental event arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

7. Any obligations that any persons insured or their insurance carrier have under workers' compensation, unemployment benefits, disability benefits or similar laws.

8. Any bodily injury to anyone employed by any persons insured while acting within the course and scope of their employment or to any obligation of persons insured to indemnify or contribute with another because of damages arising out of such injury. This exclusion does not apply to liability assumed by persons insured under a contract or agreement that is not excluded.

9. Any accidental event caused by the intentional disposal of radioactive isotopes or any related waste material.

10. Any sums which persons insured become legally obligated to pay as damages arising out of the recall or withdrawal of your products from the market for any reason. We will not cover any damages resulting from the recall or withdrawal of any work you have completed or had completed for you or of any item of which your products or work forms a part.

11. Any loss of use of tangible property that has not been physically injured when the loss of use is caused by a delay in or lack of performance by or on behalf of the persons insured of any contract or agreement or by the failure of your products or work to live up to your promises. We will cover any loss to tangible property that is caused by sudden and accidental damage or destruction of your products or work after they have been put to use by another person.

12. Any accidental events arising out of completed work resulting from:

a. Operations related to transporting property, unless the accidental event results from a condition in or on the vehicle used to transport the property and the condition was created while loading or unloading the vehicle.
Loading or unloading extends from the place where property is accepted for movement onto a vehicle to the place where the property is finally delivered. However, loading and unloading does not include the movement of property by a mechanical device except for hand trucks and devices attached to the vehicle.

## *Coverage B — Business Liability*

    b.   Tools, uninstalled equipment or materials which have been abandoned or are unused.

13. Any damage:

    a.   To property owned or occupied by or rented to persons insured, or, except with respect to the use of elevators, to property held for sale or entrusted to persons insured for storage or safekeeping. This exclusion does not apply to property damage provided under Fire and Specified Perils Legal Liability.

    b.   To property while on premises owned by or rented to persons insured for the purpose of having operations performed on such property by or on their behalf, to tools or equipment while being used in performing their operations and to property in their custody which is to be installed, erected or used in construction by persons insured. This exclusion does not apply to liability assumed under a written sidetrack agreement or arising out of the use of elevators.

    c.   To that particular part of any property:

        i.   Upon which operations are being performed by or on your behalf, or

       ii.   Out of which such injury or destruction arises.

    d.   To premises you have sold or transferred to someone else.

    e.   To your products arising out of such products or any part of such products.

    f.   With respect to the completed work performed by you arising out of such work or any portion, or out of such materials, parts or equipment furnished in connection with the work.

14. Any liability for:

    a.   Bodily injury to any of your employees that result from the activities of another employee(s) who is acting within the course and scope of their employment.

    b.   Bodily injury to you, your partners or joint venturers that result from the activities of your employee(s) who are acting within the course and scope of their employment.

(a) and (b) above do not apply to executive officers, directors or stockholders.

    c.   Damage by you, any employee, a partner or joint venturer to property that is owned, used or in any way controlled by you, another of your employees or your partners or joint venturers.

15. Any personal injury or advertising injury arising from the willful violation of any penal statute or ordinance by, or with the knowledge or consent of any persons insured.

Page 26

## *Coverage B — Business Liability*

16. Any personal injury or advertising injury arising from the activities of any partnership or joint venture not shown in the Declarations.

17. Any personal injury or advertising injury arising out of a publication or utterance of a libel or slander, or a publication or utterance in violation of an individual's right of privacy, if the first injurious publication or utterance of the same or similar material by or on your behalf was made prior to the effective date of this policy.

18. Any personal injury or advertising injury arising out of libel or slander or the publication or utterance of defamatory or disparaging material concerning any person or organization, or goods, products or services, or in violation of an individual's right of privacy, made by or at the direction of any persons insured with knowledge that it is false.

19. Any advertising injury arising out of:

    a. Failure of performance of any contract, other than the unauthorized appropriation of ideas based upon alleged breach of an implied contract, or
    b. Infringement of any trademark, service mark or trade name, other than titles or slogans, by use on or in connection with goods, products or services sold, offered for sale or advertised, or
    c. Incorrect description of or mistake in advertised price of goods, products or services sold, offered for sale or advertised.

20. Any advertising injury as respects any persons insured in the business of advertising, broadcasting, publishing or telecasting.

21. Any accidental event, personal injury, or advertising injury, arising out of the rendering of or the failure to render scientific or professional services, or consulting business or technical services. This exclusion does not apply to Incidental Medical Malpractice Liability.

22. Anyone engaged in the business of real estate sales and/or real estate management with the exception of:

    a. That part of any premises used by persons insured for general office purposes, and
    b. Premises listed with persons insured for sale or rental, provided that such premises are not owned, operated, managed by, rented to or in the care, custody or control of persons insured, or as to which persons insured act as an agent for the collection of rents or in any supervisory capacity, unless such premises are specifically insured under Coverage A, Part One of this policy.

## Coverage B — Business Liability



## Part Two — Medical Payments

We will pay for the reasonable medical expenses that arise within one year from the date of the accident for each person who requires medical services because of bodily injury caused by your operations.

Maximum Payments Under Your Medical Payments Coverage

The maximum amount we will pay for the medical expenses of each person injured is $5,000. The maximum amount we will pay for all medical expenses as a result of each single accident is $25,000 regardless of the number of persons injured.

### Exclusions — Expenses We Will Not Pay For
We will not pay for:

1. Medical expenses for bodily injury:

   a. Arising out of the ownership, maintenance, operation, use, loading or unloading of aircraft or autos that are owned, used, rented or borrowed by any persons insured or their employees or for which liability is assumed under any contract. Autos include cars, trucks, trailers and other land vehicles designed for travel on public roads, but not mobile equipment.

   b. Arising out of the ownership, maintenance, operation or use of mobile equipment while being used in a race, a speed or demolition contest, for stunts, or in practice for such events. We will not cover medical expenses for bodily injury while mobile equipment is being transported by an auto that is owned, operated, rented or borrowed by any persons insured.

   c. Arising out of the operation or use of snowmobiles or trailers designed to be attached to snowmobiles.

   d. Arising out of the ownership, maintenance, operation, use, loading or unloading of:

      i. Any watercraft owned, used, rented or borrowed by any persons insured.

      ii. Any other watercraft used by anyone in the course and scope of their employment by any persons insured.

   However, we will cover medical expenses for bodily injury arising out of the ownership, maintenance, operations or use of:

   Watercraft while ashore on premises you own, rent or control.

## *Coverage B — Business Liability*

2. Medical expenses for bodily injuries arising out of:

   a. Your Completed Work or Products.
   b. Operations under any of the services provided under the Cosmetologist Liability endorsement.

3. Medical expenses which are not a direct result of a covered accidental event.

4. Medical expenses for anyone, except as provided under (5) below, who is engaged in maintaining or repairing your premises, or in any alteration, demolition or new construction at your premises.

5. Medical expenses for bodily injury that arises from the operations of an independent contractor who is doing work on your behalf. However, we will cover medical expenses for bodily injury arising out of the operations of an independent contractor if, at the time of the accident, the contractor was:

   a. Maintaining or repairing your premises; or
   b. Making structural alterations to your premises which did not involve changing the size of or moving any building or structure.

6. Medical expenses for bodily injury to any of the following:

   a. Persons Insured.
   b. Tenants or other persons who regularly reside on your premises.
   c. Employee(s) of tenants, if the bodily injury arises out of and in the course and scope of their employment.

7. Medical expenses for any other tenant if the bodily injury occurs on that part of the premises that the tenant rents from you. We will not cover medical expenses for an employee of any tenant, if the employee's bodily injury occurs on the tenant's part of the premises, and if it arises out of and in the course and scope of that employee's employment.

8. Medical expenses for anyone if their injuries are covered under any workers' compensation, unemployment compensation, disability benefits, or similar law.

9. Medical expenses for services which are provided by you, your employees, or anyone under contract to you to provide medical services.

# *Coverage B — Business Liability*

## Additional Definition

When used in reference to this Part:

"**Medical Expenses**" means expenses for necessary medical, surgical, x-ray and dental services. "Medical expenses" includes prosthetic devices and necessary ambulance, hospital, professional nursing and funeral services.

# *Optional Coverage*

## Part Three — Employer's Non-Ownership Automobile Liability

When coverage is designated in the Declarations for Employer's Non-Ownership Automobile Liability, we will pay on behalf of persons insured all sums which they become legally obligated to pay as damages because of an accidental event occurring while the policy is in effect and arising out of the use, including loading and unloading, of any non-owned automobile in your business by any person other than you.

### Limits of Liability

The maximum amount will pay for each accidental event covered under this Part, no matter how many persons insured, injured parties, property owners or claims are involved, will not exceed the limit of liability shown in the Declarations under Coverage B — Part One for each accidental event.

### Defense

We will defend any suit brought against persons insured seeking damages to which this Part applies, even if the allegations in the suit are groundless, false or fraudulent. we will not defend a suit or pay any claim after the limits shown in the Declarations have been used up by paying judgments or settlements. We have the right to investigate, negotiate and settle any suit or claim if that seems proper in our judgment.

We will pay the following costs or expenses in addition to the limits of liability:

1. Up to $250 for cost of bail bonds (including bonds for related traffic law violations) required because of an accidental event we cover. We do not have to apply for or furnish these bonds.

2. Premiums on appeal bonds in any suit we defend but only for bond limits up to our limit of liability.

3. Premiums on bonds to release attachments in any suit we defend but only for bond limits up to our limit of liability.

4. All costs taxed to persons insured in any suit we defend.

5. All interest accruing after the entry of the judgment in any suit we defend. Our duty to pay interest ends when we pay, tender or deposit in court that part of the judgment which does not exceed our limit of liability.

Page 30

# *Coverage B — Business Liability*

6. Up to $100 a day for loss of earnings (but not other income) because of attendance at hearings or trials at our request.

7. Other reasonable expenses incurred at our request.

### Persons Insured
Each of the following is a person insured under this Part:

1. You;

2. Any partner or executive officer of yours.

None of the following is a person insured:

1. Any person engaged in the business of his employer with respect to bodily injury to any fellow employee of such person injured in the course of his employment;

2. Any partner or executive officer with respect to an automobile owned by such partner or officer or a member of his household.

### Exclusions
We do not cover:

1. Any liability assumed by persons insured under any contract or agreement;

2. Any obligations that persons insured or their insurance companies have under workers' compensation, unemployment compensation, disability benefits or similar laws;

3. Any bodily injury to employees arising out of and in the course and scope of their employment or any obligation to indemnify another because of damages arising out of that injury; but this exclusion does not apply to any injury arising out of and in the course and scope of domestic employment unless benefits are in whole or in part either payable or required to be provided under any workers' compensation law;

4. Any property damage to:

   a. Property owned or being transported by persons insured, or
   b. Property rented to or in the care, custody or control of persons insured, or to which persons insured are for any purpose exercising physical control, other than a residence or private garage damaged by a private passenger automobile covered by this Part;

5. Any accidental events arising out of a non-owned automobile used in the conduct of any partnership or joint venture of which you are a partner or joint venturer and which is not shown in the Declarations as the Insured, or if you are a partnership, an automobile owned by or registered in the name of a partner.

Page 31

# *Coverage B — Business Liability*

6.  Any accidental event arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

### Additional Definition

When used in reference to this Part: "Non-owned automobile" means an automobile not owned in whole or in part by, registered in the name of, hired by, leased by or loaned to you; or if you are a partnership or joint venture, any partner or joint venturer.

# *Coverage B — Condition*

### Other Insurance

If there is other insurance collectible for a loss covered under Coverage B, we will pay the amount of loss that is left after the full amount available under the other policy has been paid. We will not, however, pay more than the applicable Limits of Liability under this policy.

However, if there is other insurance that specifically applies only in excess of this policy, this policy will be primary to that excess insurance.

# *Coverage B — Exclusions*

### 1.  Nuclear Energy Liability

We will not cover any loss that is covered under a nuclear energy liability policy even if such limits have been exhausted.

We will not cover any loss, expense or costs provided under the Defense provisions resulting from radioactive, toxic, explosive or other hazardous properties of nuclear material, if:

a.  Any person or organization is required by law to maintain financial protection for nuclear events; or persons insured are entitled, or would have been entitled had this policy not been issued, to indemnify for nuclear events from the United States of America.
b.  The nuclear material is at, or at any time discharges from, any nuclear facility persons insured own, operate, or have been operated for persons insured by others. Some examples of nuclear facilities are:

  i.   Nuclear reactors.
  ii.  Enrichment plants.
  iii. Fuel or spent fuel handling or processing plants.
  iv.  Waste handling, storage or disposal facilities.
  v.   Any location containing more than 25 grams of plutonium or uranium 233 combined, or more than 250 grams of uranium 235.

## *Coverage B — Business Liability*

c. The nuclear material is contained in spent fuel or waste that persons insured or others acting for them, have at any time possessed, handled, used, processed, stored, transported or disposed of.

We will not cover any loss for property damage to a nuclear facility or any property at the facility located in the United States or Canada when the liability arises out of services or materials you furnished to the facility. This includes liability for all forms of radioactive contamination. And we will not cover any loss that arises out of services or materials you furnish to any nuclear facility located outside the United States or Canada.

2. **War**

We will not cover accidental events or medical expenses due to war whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the above.

## General

### General Conditions

Unless changed in writing, these conditions apply to the entire policy. Additional conditions or modifications may appear in the specific coverage sections.

1. Premiums

   We calculate the premium(s) for this policy on the basis of our rules, rates and rating plans. We may require additional premiums if any of the following happens:

   a. There is a change in the nature of your business or in your operations.
   b. You acquire or begin to use premises which are not shown in the Declarations.
   c. We learn of an additional risk related to your business.
   d. There is a change in coverage.

2. Recovering Damages from a Third Party

   If we pay for a loss under this policy, we will be subrogated to rights any persons insured have against another person or organization in connection with that loss. This means that those rights will belong to us, to the extent we have paid for the loss or claim. Persons insured must do whatever is necessary to preserve their rights against that other person or organization, and must sign and deliver any necessary papers. Persons insured must do nothing after the loss or accident that might interfere with either their rights or our rights against anyone else. We will be entitled to a recovery only after persons insured have been compensated for any uninsured damages. However, as respects to Coverage A, in the event we make a payment for loss under this policy and a subsequent recovery is made of the lost or damaged property, you will be entitled to all recoveries in excess of the amount paid by us, less only the actual cost of effecting such recoveries.

3. Policy changes

   This policy can only be changed in writing. The form must be signed by one of our authorized representatives and be included as part of the policy.

   Nothing else, including notice to one of our agents or knowledge of an agent or anyone else, will prevent us from asserting any of our rights under this policy.

   We may make changes in our standard insurance policy. These changes must conform to state law. While the policy is in force, we may make any change in the form of this policy that broadens or extends the coverage; if we do and the change could be added to the policy without increasing the

## *General*

premium, you will automatically receive the benefit of the extended or broadened coverage. The same procedure applies to any change we make in the 45 days before the policy goes into effect.

4. Assignment and Transfers

Neither you nor anyone else can assign or turn over your interest under the policy without our written consent.

However, if you die, your interest will be transferred to your legal representative and he or she will be covered while acting within the scope of his or her duties as such until the end of the policy period. Until a legal representative is appointed, the person who has temporary custody of your insured property will be covered.

5. Cancellation

a. Your Right to Cancel

You may cancel this policy by sending us written notice stating at what future date you wish coverage to stop.

b. Our Right to Cancel

We may cancel this policy by mailing written notice to you at the mailing address shown in the Declarations. The cancellation will not take effect until at least 10 days after we mail it if the cancellation is for nonpayment of premium or 30 days if for other reasons.

Mailing the notice will be proof of notice, and the effective date and hour stated in the notice will be the end of the policy period.

Your return premium, if any, will be on a pro rata basis and refunded at the time of cancellation or as soon as practical. However, payment of unearned premium is not a condition of cancellation.

6. Concealment and Fraud

This policy is void if you intentionally conceal or misrepresent any material facts or circumstances, before or after loss.

7. How State Law Affects This Policy.

Any part of this policy that conflicts with state law is automatically changed to conform to the law.

8. Losses Covered Under Different Parts of This Policy.

Even if more than one coverage under this policy applies to the same loss, we will not pay more than the actual loss.

Page 35

## *General*

9. Inspections and Audits

   At our option, we can inspect your premises and operations at any time. However, neither our right to make inspections nor any inspections and reports we prepare as a result should be considered a representation that your premises or operations are safe or in compliance with the law. We can examine your books and records at any time while your policy is in effect. We can also inspect them for up to three years after this policy ends in connection with any matter that relates to your coverage under this policy.

10. Where You Are Protected

    Persons insured are covered under Coverage A and B for losses that take place in the United States, including its territories and possessions, or in Canada.

    Coverage B will also apply within international waters or air space provided the accidental event or personal injury does not occur in the course of travel or transportation to or from any other country, state or nation.

    Persons insured are also covered anywhere in the world when the accidental event is caused by one of your products. However, the claim or suit for damages must be brought within the United States, its territories and possessions, or Canada.

11. What To Do If You Have a Loss

    If there is loss or damage to your property covered under this policy, you must:

    a. Promptly notify us or one of our agents of what happened. You must also furnish us the necessary information regarding the time and place of the event and names and addresses of any witnesses.
    b. Notify the police if a law may have been broken.
    c. Take reasonable action to protect the property from further damage.
    d. Make any reasonable and necessary repairs and keep a record of your expenses.
    e. Separate the damaged personal property from the undamaged and make an inventory of the damaged items.
    f. Show us the damaged property and any records you have to prove your loss.
    g. Allow us to question you under oath about your claim. You must sign a copy of your answers to these questions. You must also do your best to have your employees, members of your household and others with a financial interest in the property to do the same.
    h. Send us or one of our agents a sworn proof of loss statement within 60 days after the loss detailing your loss and interest in the property.

Page 36

## General

If someone is injured or makes a liability claim against any person insured, that person insured must:

a. Promptly notify us or one of our agents of what happened. You must also furnish us the necessary information regarding the time and place of the event and the names and addresses of any witnesses and injured people.
b. Notify the police if a law may have been broken.
c. Send us copies of all legal documents if any persons insured are sued, or someone files a claim against any persons insured.
d. Cooperate and assist us in securing and giving evidence, attending hearings and trials, and obtaining the attendance of witnesses.
e. Refrain from taking on any financial obligations or paying out any money, without our authorization. If you do, we may not reimburse you, even if the cost is covered by this policy. This rule does not apply to money spent for emergency first aid to others at the time of an accident.

12. Legal Action Against Us

Persons insured agree not to take any legal action against us in connection with your policy unless you have first complied with all of its terms. Persons insured also agree to bring any action against us that relates to Coverage A within one year after a loss occurs.

In addition, if persons insured have a loss under Coverage B, including medical payments, they agree not to bring any legal action against us until the amount for which they are liable has been finally determined. This amount can be finally determined by a judgment against them after an actual trial or by a written agreement between the person insured, us and the claimant. Any person or organization who has obtained a judgment or written agreement against persons insured will be entitled to recover under this policy, up to the applicable limit of coverage. This policy does not give anyone the right to join us as a party in any action against any persons insured. In addition, neither persons insured nor their legal representatives can implead us in any legal action that is taken against them.

13. Bankruptcy or Insolvency

If you, your estate, any persons insured or their estates become bankrupt or insolvent, we will still meet all our obligations under this policy.

## Definitions

When used in this policy:

"Accidental event" means an accident, including continuous or repeated exposure to the same conditions, resulting in bodily injury or property

## *General*

damage. An accident cannot be intended or expected by any persons insured, except for the use of reasonable force to protect persons or property.

"**Advertising injury**" means injury which arises out of an offense committed in the conduct of your advertising activities if such injury arises out of libel, slander, defamation, violation of the right of privacy, piracy, unfair competition or infringement of copyright, title or slogan.

"**Bodily injury**" means injury, sickness or disease and includes death that results from injury, sickness or disease.

"**Completed work**" means:

1. Your operations or operations performed on your behalf that are completed, or

2. Someone's reliance on a warranty or representation made relating to those operations.

Operations includes materials, parts and equipment used in connection with your operations.

We will consider work to be completed at the earliest of the following times:

1. When all operations to be performed by you or on your behalf under the contract are finished, or

2. When all operations to be performed by you or on your behalf at the site of those operations are finished, or

3. When the portion of the work has been put to use by any person or organization, except for any contractor or subcontractor working on the same project.

Operations which may need further maintenance or service, or which may require repairs or replacement because of a defect, will be considered to have been completed.

"**Contractual liability**" means liability expressly assumed under any oral or written contract or agreement relating to the conduct of your business, provided, however, that contractual liability will not be construed as including liability under a warranty of the fitness or quality of your products or a warranty that work performed by or on your behalf will be done in a workmanlike manner.

"**Declarations**" means the page which shows your name, mailing address, the policy period, coverages, location of your premises, premiums and limits of liability. This policy is not complete without the Declarations.

Page 38

## General

"**Persons insured**" means those persons or organizations described in the Persons Insured sections of the policy.

"**Policy period**" means the policy period stated in the Declarations. The policy period begins at 12:01 a.m., standard time, on the effective date and ends at 12:01 a.m., standard time, on the expiration date. If this policy replaces policies ending at noon rather than 12:01 a.m., you will be covered at noon when coverage under the old policy ends.

"**Products**" means any goods or products which are manufactured, sold, handled or distributed by you or by anyone else trading under your name. Your "products" include the containers which hold your products, except for vehicles, vending machines or any other equipment by which your products are distributed. It also includes statements or warranties you have made about your products or work providing your products are away from your premises and in the hands of the consumer.

"**Property damage**" means physical damage to, or the destruction of, any tangible property, including any losses that result because the damaged or destroyed property can no longer be used.

"**Securities**" means all negotiable and non-negotiable instruments or contracts which represent money or other property, revenue and other stamps in current use, and tokens, tickets and credit card receipts. "Securities" does not include any property included in the definition of "money."

"**Theft**" means any act of stealing.

"**Valuable papers and records**" means written, printed or otherwise inscribed documents and records, including books, maps, films, drawings, abstracts, deeds, mortgages and manuscripts. Also included are: card index systems, films, tape, disk, cell and other magnetic recording or storage media for electronic data processing, and other records. Valuable papers and records does not mean money or securities.

"**You**," "**your**" and "**yours**" mean the person or organization named as the Insured in the Declarations.

"**We**," "**us**," "**our**" and "**ours**" mean the Company designated in the Declarations.

IN WITNESS WHEREOF, Allstate has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the Declarations by an authorized agent of Allstate.

Secretary                                      President

## *General*

**"Elevator"** means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery. An "elevator" does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet.

**"Mobile equipment"** means a land vehicle whether or not self-propelled which meets any one of the following qualifications:

1.  It is not subject to motor vehicle registration; or

2.  It is maintained for use solely on premises (including the ways immediately adjoining) which you own or which is rented to you; or

3.  It is designed for use principally off public roads; or

4.  It is designed or maintained for the sole purpose of affording mobility. This equipment must form an integral part of, or be permanently attached to, the vehicle.

Any attached machinery or apparatus is considered a part of the land vehicle.

**"Money"** means currency, coins, bank notes or bullion. "Money" also includes travelers checks, registered checks and money orders which you hold for sale to the public.

**"Personal injury"** means the following offenses committed in the course of your business:

1.  The false arrest, detention or imprisonment of anyone.

2.  Malicious prosecution.

3.  Libel, slander or the publication of any material damaging to anyone's reputation.

4.  Any writing or statement that violates anyone's right of privacy.

5.  Any wrongful entry on anyone's premises, wrongful eviction from those premises or other action that violates anyone's private occupancy.

Personal injury does not include offenses committed in the course of your advertising, broadcasting, publishing or telecasting activities.

We will consider any series of similar or related offenses to be one offense.

Page 39



ESTATE INSURANCE COMPANY

**DECLARATIONS**

SPECIAL FORM CUSTOMIZER POLICY NO.  0 49 581741 04/11

**1. The Insured**
**Mailing Address**

J-MAR FOOD STORE #2
250 N POWERLINE RD
POMPANO BEACH FL 33069

**LOCATION OF INSURED PREMISES**

250 N POWERLINE RD   POMPANO BEACH FL 33069
NON-COMBUSTIBLE RETAIL BUILDING

**2. Policy Period  From**          APR 11, 1998        **To**        APR 11, 1999

BEGINNING AND ENDING 12 01 A.M., STANDARD TIME AT THE ADDRESS OF THE
INSURED STATED ABOVE

**3. The Insured is**        A  CORPORATION

**4. Additional Interests**
This policy also covers the interests of any of the following when indicated by an "X" and named below.

|   | The Mortgagee, under Coverage A — Part One | The Loss Payee, under Coverage A — Part Two | Other |
|---|---|---|---|
| X | The Additional Insured for Leased Premises, under Coverage B — Part One | The Vendor under Coverage B — Part One | |

**Name**        NOFAL KAHOOK%INTL

**Address**        941 NE 19 AVENUE      FT LAUDERDALE FL 33304

**5. Policy Coverage provided**
This policy applies to each of the Coverages and Parts shown below. Under Coverage A, Coverage is provided only for property at the Insured Premises for which a specific limit of liability is shown.

| COVERAGE A — Business Property | | | |
|---|---|---|---|
| **Part** | **Buildings** | | **Limits of Liability** |
| One | | | $ |
| | The Property Insurance Adjustment Condition   IS NOT applicable to this policy | | |
| Two | Business Contents   REPLACEMENT COST | | $     50,000 |

**DEDUCTIBLE  $   250   Applicable to each adjusted loss.**

| COVERAGE B — Business Liability | | | |
|---|---|---|---|
| **Part** | **Title** | | **Limits of Liability** |
| One | Comprehensive Liability | | $ 1,000,000  Each Accidental Event |
| | Fire and Specified Peril Legal Liability | | $ 100,000  Each Accidental Event |
| | Advertising Injury Liability | | $ 100,000 |
| Two | Medical Payments | | $ 5,000  Each Person   25,000  Each Accident |

**6. Optional Coverages**
The following optional coverages, if any, are provided under this policy.

| Loc. No. | | Coverage | Part | Title |
|---|---|---|---|---|
| 001 | 001 | A | 3 | LOSS OF INCOME RENTS |
| 001 | 001 | A | 4 | EXTERIOR BLDG. GLASS |

**7. Annual Premium for the Policy and Optional Coverages** INCLUDES FL SUR+EMPA  $  7.09    $ 3,097.09

**8. Endorsements: The following endorsements amend this policy.**

BU5550-1,BU5621,BU5623-8,BU5624,BU5632,BU5641-4,BU5702,BU5730,BU5737,
BU5754,BU5661,BU5693,BU5725,BU181,BU5698

**3. Optional Coverages**
The following optional coverages, if any, are provided under this policy.

| Loc. No. | Coverage | Part | Title |
|----------|----------|------|-------|
|          |          |      |       |
|          |          |      |       |
|          |          |      |       |
|          |          |      |       |

**8. The following forms and endorsements amend this policy.**

---

**For Office Use Only**

SPECIAL FORM   CUSTOMIZER POL. NO. 0 49 581741 04/11
APR 11, 1998 TO APR 11, 1999
                    DECLARATION   APR 11, 1998

**Policy Number**

**Policy Period**

**Legal Description (if applicable)**

  J-MAR FOOD STORE #2
250 N POWERLINE RD     POMPANO BEACH FL 33069

**Policy Mailed to**

**Transaction Description**

HE FIRST BILL AMOUNT INCLUDES A $  7.09 SUR+EMPA,
UBSEQUENT BILLS WILL NOT INCLUDE THIS AMOUNT.

**Payment Record**

Date Paid _____

Amount Paid _____

Check Number _____

    PROCESS DATE   FEB 20, 1998          RCC 87

---

# Payment Notice

**Please tear along this line**
**Return bottom portion with your payment.**

| Policy number | Date due |
|---------------|----------|
| 0 49 581741 04/11 | APR 11, 1998 |

**See Pay Plan Explanation on Back**

     J-MAR FOOD STORE #2

   USE THE PAY PLAN YOU PREFER

-PAY PLAN(SEE BACK)..40 PERCENT DUE   $ 1,248.09 *
AY-IN-FULL..............AMOUNT DUE    $ 3,097.09
  A PARTIAL PAYMENT FEE OF $5.00 IS INCLUDED

24960 02/20 1E7 55          FL SUR+EMPA $  7.09

**Allstate.**

## Coverage B — Business Liability

### Amendatory Endorsement
**Employers Liability Exclusion**
**GL 9**

It is agreed that Exclusion 8 under Coverage B — Business Liability, which relates to bodily injury to anyone employed by any persons insured, is amended to read as follows:

8.  a.  Any bodily injury to anyone employed by any persons insured arising out of and in the course of his or her employment by persons insured for which the persons insured may be held liable as an employer or in any other capacity;

   b.  Any obligation of persons insured to indemnify or contribute with another because of damages arising out of such bodily injury; or

   c.  Any bodily injury sustained by the spouse, child, parent, brother, or sister of an employee of persons insured as a consequence of bodily injury to such employee arising out of and in the course of his or her employment by persons insured.

This exclusion applies to all claims and suits by any person or organization for damages because of such bodily injury including damages for care and loss of services.

This exclusion does not apply to liability assumed by persons insured under a contract or agreement that is not excluded.

8. The following Additional Protection is added:

**Business Contents in Vehicles**

When coverage is provided under Part Two, we will pay up to $2,500 for your Business Contents while in a vehicle that you own, rent or control while away from the described premises. We will cover losses caused by theft, provided the property was in a locked area or compartment of the vehicle and there are visible marks of entry.

9. The How We Settle a Loss, Coverage A — Conditions, is amended as follows:

   a. The first paragraph of item a., Replacement Cost, is replaced by the following:

   When the Declarations indicate that coverage is written on a replacement cost basis, there will be no deduction for depreciation. With the exception of loss to Tenant's Improvements and Betterments, Accounts Receivable, Valuable Papers and Records, and Property of Others, payment will not exceed the least of the following amounts:

   i. The replacement cost of any part of the property damaged with equivalent material; or

   ii. The amount actually and necessarily spent to repair or replace the damaged property; or

   iii. The limit of liability applying to the property.

   b. The following is added:

   f. Property of Others

   Payment will not exceed the actual cash value at the time of loss.

10. The definition of "personal injury" is replaced by the following:

   a. "Personal injury" means injury, other than bodily injury, arising out of one or more of the following offenses:

   1. false arrest, detention or imprisonment;

   2. malicious prosecution:

   3. wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, by or on behalf of its owner, landlord or lessor;

   4. oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

   5. oral or written publication of material that violates a person's right of privacy;

   Personal injury does not include offenses committed in the course of your advertising, broadcasting, publishing or telecasting activities done by or for you.

   We will consider any series of similar or related offenses to be one offense.

*Coverage A — Business Property*
*Coverage B — Business Liability*

### Mandatory Endorsement

1. It is agreed that under Coverage A — Business Property, the "Deductibles" section is deleted and replaced by the following:

#### Deductibles

The amount of deductible shown in the Declarations will be deducted from each adjusted loss to property under Coverage A except that:

a. An amount of $100 will be deducted from each adjusted loss to exterior glass or exterior signs.

b. An amount of $250 will be deducted from each adjusted loss under Employee Dishonesty.

c. No deductible applies to coverage provided for Loss of Income.

d. This deductible section does not apply to optional coverages or endorsements which contain their own deductible provisions.

2. It is agreed that under Coverage B — Business Liability, Exclusion 6 is deleted and replaced by the following:

6.  a. Any accidental event, personal injury or advertising injury arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    (1) at or from any premises, site or location which is or was at any time owned, occupied by, or rented or loaned to any persons insured;

    (2) at or from any premises, site or location which is or was at any time used by or for persons insured or others for the handling, storage, disposal, processing or treatment of waste;

    (3) which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for persons insured or any person or organization for whom persons insured may be legally responsible; or

    (4) at or from any premises, site or location on which any persons insured or any contractors or subcontractors working directly or indirectly on behalf of persons insured are performing operations:

        (i) if the pollutants are brought on or to the premises, site or location in connection with such operations; or

        (ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

    Subsections (1) and (4)(i) of Section a. of this exclusion do not apply to any accidental event, personal injury or advertising injury arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

    b. Any loss, cost or expense arising out of any:

    (1) Request, demand or order that any persons insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants; or

    (2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, detoxifying or neutralizing, or in any way responding to or assessing the effects of pollutants.

BU5623-8

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

3. It is agreed that the following is added to Coverage A — Business Property, Part One, Buildings, Property Covered:

   9. Building Glass

4. It is agreed that under Coverage B — Business Liability, items 1 and 2 of Persons Insured are deleted and replaced by the following:

   1. If you are shown in the Declarations as an individual, you and your spouse for activities related to your business.

5. The following is added to Losses Covered under Coverage A in the Named Peril Form:

   12. Sinkhole Collapse

   We will cover loss or damage resulting from sinkhole collapse, meaning the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This does not include:

   a. The cost of filling sinkholes; or

   b. Sinking or collapse of land into man-made underground cavities.

6. The Special Form is amended as follows:

   a. The Losses We Do Not Cover under Coverage A, Earth Movement — Water, Section i is replaced by the following:

      i. Earth movement (other than sinkhole collapse), including but not limited to earthquake, landslide, mudflow, earth sinking, earth rising or shifting.

   b. The following is added to the Definitions Section:

      "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.

      This does not include:

      1. The cost of filling sinkholes; or

      2. Sinking or collapse of land into man-made underground cavities.

7. The Property in Transit Additional Protection is replaced by the following:

   2. Property in Transit

   When coverage is provided under Part Two, we will cover your business contents while in due course of transit, for the purpose of pickup and delivery, on vehicles owned by, rented to or controlled by you.

   We will also cover the following losses: Flood, earthquake and landslide. We will also cover overturning, stranding, sinking, burning or derailing of a vehicle being used for transportation. We will cover losses caused by theft, provided the property was in a locked area or compartment of the vehicle and there are visible marks of entry.

   We will pay up to a total $10,000 on any one loss in any one vehicle, subject to the following limits:

   a. $2,500 on business contents owned by you;

   b. $10,000 on property sold or property of others in your care, custody or control.

   This protection does not apply to property of your employees or to property in the course of

## *Coverage B—Business Liability*

### Tanning Equipment Exclusion

It is agreed that under Coverage B—Business Liability, the "Exclusions—Liabilities We Do Not Cover" section is amended to include the following:

23. Any sums which persons insured become legally obligated to pay as damages arising out of the ownership, maintenance, operation, use or existence of tanning equipment.

For the purpose of this exclusion, "tanning equipment" shall mean equipment utilizing ultraviolet or infrared rays of artificially produced light for the purpose of enhancing or maintaining skin color, tanning, burning or darkening.

Coverage A—Business Property
Coverage B—Business Liability

### Amendatory Endorsement
### (Florida)

It is agreed that:

I.  The Cancellation General Condition is replaced by the following:

A.  *Your Right to Cancel*

You may cancel this policy by sending us written notice stating at what future date you wish coverage to stop.

B.  Our Right to Cancel

1.  If this policy has been in effect for ninety (90) days or less, we may cancel this policy by mailing or delivering written notice of cancellation, accompanied by the reasons for cancellation, at least:

a.  Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium.

b.  Twenty (20) days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(1)  A material misstatement or misrepresentation; or

(2)  A failure to comply with underwriting requirements established by us.

c.  We may not cancel on the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property.

2.  If this policy has been in effect for more than ninety (90) days, we may cancel this policy only for one or more of the following reasons:

a.  Nonpayment of premium;

b.  The policy was obtained by a material misstatement;

c.  There has been a failure to comply with underwriting requirements within ninety (90) days of the effective date of coverage;

d.  There has been a substantial change in the risk covered by the policy; or

e.  The cancellation is for all Insureds under such policies for a given class of Insureds.

BU5641-4
(Ed. 12-93)

1

      f.    On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property.

If we cancel this policy for any of these reasons, we will mail or deliver written notice of cancellation, accompanied by the reasons for cancellation, at least:

    (1)    Ten (10) days before the effective date of cancellation if cancellation is for nonpayment of premium; or

    (2)    Forty-five (45) days before the effective date of cancellation if for any other reason stated above.

    (3)    Ninety (90) days before the effective date of cancellation if for any other reason stated above and the policy covers commercial residential property.

Written notice will be given to the first person or organization named as the Insured in the Declarations at the last mailing addresses known to us.

Mailing the notice will be proof of notice, and the effective date and hour stated in the notice will be the end of the policy period.

Your return premium, if any, will be on a pro rata basis and refunded at the time of cancellation or as soon as practical. However, payment of unearned premium is not a condition of cancellation.

II.    The following is added to the General Conditions:

Non-renewal

If we decide not to renew this policy, we will mail or deliver to the first person or organization named as the Insured in the Declarations, at the last mailing address known to us, written notice of non-renewal, accompanied by the reason for non-renewal, at least forty-five (45) days prior to the expiration of this policy. If the policy provides coverage for commercial residential property, we will provide at least ninety (90) days written notice prior to the expiration of this policy.

We may not refuse to renew this policy on the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property.

III.    The following is added to the General Conditions:

Failure to Provide Proper Notice

If we fail to provide the proper notice, other than the 10-day notice for nonpayment of premium, the named insured's coverage must remain in effect until either (a) the effective date of any replacement coverage or (b) until the expiration of the required number of days' advance notice after the notice has been given, whichever occurs first.

The premium for the coverage is to remain the same during any such extension period except that, with regard to the failure to provide notice of non-renewal, if a rate filing then in effect would have resulted in a premium reduction, the premium for the extension period is to be calculated based on that rate filing.

IV.  The following replaces the first paragraph of the Legal Action Against Us Condition:

**Legal Action Against Us**

Persons insured agree not to take any legal action against us in connection with your policy unless you have first complied with all of its terms. Persons insured also agree to bring any action against us that relates to Coverage A within five (5) years after a loss occurs.

V.  The following replaces the Our Payment of Loss Condition:

Provided you have complied with all the terms of this Policy, we will pay for covered loss or damage:

A.  Within twenty (20) days after we receive the sworn statement of loss and reach written agreement with you; or

B.  Within thirty (30) days after we receive the sworn statement of loss and:

1. There is an entry of a final judgment; or

2. There is a filing of an appraisal award with us.

## Coverage A — Business Property

### Pollutants And Debris Removal Amendatory Endorsement

It is agreed that:

A. Under Property We Do Not Cover, the following is added:

   10. Land (including land on which property is located) and water.

B. The Debris Removal section is replaced by the following:

   Debris Removal — Parts One and Two

   We will pay the cost of removing debris of covered property destroyed or damaged by a peril insured against in this policy during the policy period.

   The most we will pay for debris removal expense only is $5,000 plus 25 percent of the sum of: (a) the amount we pay for the direct loss or damage, plus (b) the deductible amount applicable to such damage. However, we will not pay more than the limits of your coverage shown in the Declarations for the total amount of the loss to your property and debris removal expense.

   This policy will not cover debris removal expenses reported to us more than 180 days after the earlier of: (a) the date of direct physical loss or damage; or (b) the end of the policy period.

   Debris removal does not apply to the cost to:

   1. extract pollutants from land or water; or

   2. remove, restore or replace polluted land or water.

C. The following Additional Protection is added under Coverage A:

   Pollutant Clean Up and Removal

   We will pay your expense to extract pollutants from land or water at the described premises if the release, discharge or dispersal of the pollutants is occasioned by loss caused by any of the perils insured against in this policy during the policy period. The expenses will be paid only if they are reported to us within 180 days of the earlier of:

   1. The date of direct physical loss or damage; or

   2. The end of the policy period.

   The most we will pay for loss under this coverage is $10,000 for the sum of all such expenses arising out of insured perils occurring during each separate twelve month period of this policy. This limit is in addition to the limit of liability.

D. The following Additional Definition is added:

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

E. The following is added to Optional Coverages, Part Three — Loss of Income-Rents:

   We do not cover loss due to any increased period of time required due to the enforcement of any law regulating the prevention, control, repair, clean up or restoration of environmental damage.

Coverage A—Business Property
Coverage B—Business Liability

### Amendatory Endorsement
### (Florida)

It is agreed that:

I.  The Cancellation General Condition is replaced by the following:

A.  Your Right to Cancel

You may cancel this policy by sending us written notice stating at what future date you wish coverage to stop.

B.  Our Right to Cancel

1.  If this policy has been in effect for ninety (90) days or less, we may cancel this policy by mailing or delivering written notice of cancellation, accompanied by the reasons for cancellation, at least:

a.  Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium.

b.  Twenty (20) days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(1)  A material misstatement or misrepresentation; or

(2)  A failure to comply with underwriting requirements established by us.

c.  We may not cancel on the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property.

2.  If this policy has been in effect for more than ninety (90) days, we may cancel this policy only for one or more of the following reasons:

a.  Nonpayment of premium;

b.  The policy was obtained by a material misstatement;

c.  There has been a failure to comply with underwriting requirements within ninety (90) days of the effective date of coverage;

d.  There has been a substantial change in the risk covered by the policy; or

e.  The cancellation is for all Insureds under such policies for a given class of Insureds.

BU5641-4
(Ed. 12-93)

## *Coverage A — Business Property*

### Computer Virus Additional Protection Endorsement

If during the policy period you suffer direct loss or damage resulting from computer viruses, we will pay:

a.  Your expense to extract the computer viruses from covered property;

b.  Your cost to repair or replace covered property;

c.  Necessary expenses to help you maintain normal business operations that are over and above your normal operating costs and which are directly related to your loss; and

d.  Your loss resulting from the necessary interruption of your business (if you have elected Loss of Income-Rents in this policy).

The most we will pay for loss or damage under this protection is $25,000. This additional protection is the only portion of this policy that provides coverage for a computer virus loss regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

"Computer viruses" means unauthorized intrusive codes or programming that are entered into your computer system and interrupt your data processing operation or cause damage to your covered property.

Payment under this additional protection will not increase the applicable limit of insurance.

BUS702

**Coverage B—Business Liability**

### Definition of Advertising Injury

1.  The definition of "advertising injury" is replaced by the following:

    "Advertising Injury" means injury arising out of one or more of the following offenses:

    a.  Oral or written publication of advertising material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    b.  Oral or written publication of advertising material that violates a person's right to privacy;

    c.  Misappropriation of advertising ideas or style of doing business; or

    d.  Infringement of copyright, title or slogan as a result of your advertising.

2.  The following definition is added:

    "Advertising" means the action of calling something to the attention of the public by means of printed or broadcast paid announcements for the sale of goods, products or services.

BU5730
(Ed. 1-91)

Coverage A—Business Property
Coverage B—Business Liability

**Amendatory Endorsement**

1. Apartment and Condominium Outbuildings, Additional Protection, is replaced by the following:

   Apartment and Condominium Outbuildings

   We will pay up to $25,000 in any one loss to cover all outbuildings, other than residential buildings, provided that such buildings are appurtenant to the described premises and are not used for or in connection with mercantile or manufacturing operations.

2. Exclusions 6. and 7. of Part Two—Medical Payments, are replaced by the following:

   6. Medical expenses for bodily injury to persons insured.

   7. Medical expenses for bodily injury to:

      a. Tenants or other persons who regularly reside on your premises if the bodily injury occurs on that part of the premises that they normally occupy.

      b. Employee(s) of tenants, if the bodily injury arises out of and in the course and scope of their employment.

BU5737
(Ed. 10-92)

## Coverage B - Business Liability

### Amendatory Endorsement - Asbestos Exclusion

Your Customizer Policy is amended as follows:

Under Coverage B - Business Liability, "Exclusions - Liabilities We Do Not Cover," the following exclusion is added:

Any liability arising out of:

a.  Bodily injury, property damage, personal injury or advertising injury which in whole or in part involves asbestos; or

b.  Any obligation of any insured to indemnify or contribute with another person, corporation or other entity for damages arising out of bodily injury, property damage, personal injury or advertising injury which in whole or in part involves asbestos.

BU5754
(Ed. 3-97)

## *Coverage A — Business Property*

### Business Computer Breakdown
### Additional Protection

The following Additional Protection is added:

**Business Computer Breakdown:**

1.  When coverage is provided under Coverage A, Part Two — Business Contents, we will pay up to $10,000 for loss or damage to the following:

    a.  Business computer equipment that:

        (1)  you own;

        (2)  you lease from others; or

        (3)  is under your control;

    b.  Active data processing media which is:

        (1)  your property; or

        (2)  the property of others for which you are liable; and

    c.  Extra expense you incur to maintain normal business operations following loss or damage to the business computer equipment or active data processing media.

2.  The coverage provided under this Additional Protection must result from direct loss or damage by one or a combination of the perils listed below:

    a.  Mechanical breakdown of the covered business computer equipment;

    b.  Error in design, faulty materials or workmanship in the development, manufacture or installation of the covered business computer equipment, but excluding any loss to active data processing media;

    c.  Short circuit, blowout or other electrical disturbance within the electrical equipment or apparatus of the covered business computer equipment that results from power failure originating on the premises described in the Declarations or within 100 feet from the building containing the covered business computer equipment;

    d.  Electrical or magnetic injury to covered active data processing media, including disturbance or erasure of electronic recordings, caused by or resulting from power failure originating on the premises described in the Declarations or within 100 feet from the building containing the covered media. Extra expense that results from electrical or magnetic injury is not covered.

3.  A $1,000 deductible will be applied to each adjusted loss that results from any one or combination of these additional perils in any one occurrence.

4.  We will not pay for:

    a.  Input errors;

    b.  Programming errors;

    c.  Processing errors;

**Coverage B—Business Liability**

## PRODUCTS REDEFINED ENDORSEMENT

The Definition of "Products" is replaced by the following:

"Products" means any goods or products which are manufactured, sold, handled or distributed by you or by anyone else trading under your name. Your "products" include the containers which hold your products, with the exception of: vehicles, vending machines or any other equipment by which your products are distributed. It also includes statements or warranties you have made about your products providing your products are in the hands of the consumer.

**Coverage B—Business Liability**

### Employment-Related Practices Exclusion

The following exclusion is added to Coverage B:

Bodily injury or personal injury arising out of any:

(1) Refusal to employ;

(2) Termination of employment;

(3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

(4) Consequential bodily injury or personal injury as a result of (1) through (3) above.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.



## IMPORTANT NOTICE
### TO FLORIDA POLICYHOLDERS

For inquiries, to obtain coverage information and to receive
assistance in resolving complaints, call (800)-729-3005.

BU 181
(Ed. 10-92)

**Coverage A—Business Property**

### PROTECTIVE SAFEGUARDS ENDORSEMENT

#### SCHEDULE

| Loc. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|----------|-----------|------------------------------------------|
|          |           |                                          |

**Describe any "P-9 ":**

The following is added to Coverage A—Conditions:

A. This insurance will be automatically suspended at the scheduled premises if you fail to notify us immediately when you:

   1. Know of any suspension or impairment in the protective safeguards; or

   2. Fail to maintain the protective safeguards over which you have control in complete working order.

   If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within forty-eight (48) hours.

B. The protective safeguards to which this endorsement applies are identified by the following symbols:

   "P-1 "  Automatic Sprinkler System, including related supervisory services.

   Automatic Sprinkler System means:

   a. Any automatic fire protective or extinguishing system, including connected:

      (1) Sprinklers and discharge nozzles;

      (2) Ducts, pipes, valves and fittings;

      (3) Tanks, their component parts and supports; and

      (4) Pumps and private fire protection mains.

BU5699
(Ed. 1-90)

b. When supplied from an automatic fire protective system:

   (1) Non-automatic fire protective systems; and

   (2) Hydrants, standpipes and outlets.

"P-2 "  Automatic Fire Alarm, protecting the entire building, that is:

a.  Connected to a central station; or

b.  Reporting to a public or private fire alarm station.

"P-3 "  Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4 "  Service Contract with a privately owned fire department providing fire protection service to the described premises.

"P-9 "  The protective system described in the Schedule.