UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 00-6114-CIV-FERGUSON

ALLSTATE INSURANCE COMPANY,

Plaintiff,

vs.

250 NORTH POWER LINE ROAD, INC.
d/b/a J-MAR FOOD STORES #2, and
NASER ABUEQAB, as Personal
Representative of the Estate of GHANEM EL
HINDI,

Defendants.

_____/

## JOINT STATUS REPORT

Allstate Insurance Company ("Allstate"), 250 North Powerline Road, Inc. d/b/a J-Mar Food Stores #2 ("J-Mar") and Naser Abueqab, as Personal Representative of the Estate of Ghanem El Hindi ("El Hindi"), file their Joint Status Report pursuant to the Court's Order dated September 27, 2000.

**1. A plain statement of the nature of the claim and any counterclaim, cross-claim or third-party claim, including the amount of damages claimed and any other relief sought.**

This is an action for declaratory relief filed by Allstate Insurance Company against 250 North Powerline Road, Inc. d/b/a J-Mar Food Stores #2 and Naser Abueqab as Personal Representative of the Estate of Ghanem El Hindi. The policy provisions raised by the pleadings is whether the workers compensation exclusion and/or the employee exclusion preclude coverage for J-Mar since El Hindi



CASE NO. 00-6114-CIV-FERGUSON

was employed and acting within the course and scope of his employment for J-Mar at the time of his death. There are no counterclaims, cross-claims, or third-party claims. As this is a Complaint for Declaratory Relief, no damages are being sought.

**2.  A brief summary of the facts which are uncontested or which may be stipulated to without discovery**

A. That Allstate entered into a Customizer Business Insurance contract with J-Mar Food Store #2.

B. A true and accurate copy of the policy is attached as Exhibit A to Allstate's Complaint.

C. On August 5, 1999, El Hindi filed suit against J-Mar and others seeking to recover damages as a result of El Hindi's death.

D. At the time of his death, El Hindi was employed and acting within the course and scope of his employment for J-Mar.

**3.  A brief summary of all issues as presently known.**

The sole issue in this case is whether coverage exists for J-Mar under the Allstate policy. Allstate contends that there is no coverage under the policy by virtue of the workers compensation and employee exclusions.

**4.  A summary of any pending motions.**

Allstate's Motion for Summary Judgment which was filed on August 16, 2000, is pending. No response has been filed to this motion.

CASE NO. 00-6114-CIV-FERGUSON

5. **The progress of discovery in the case, and the appropriate time at which the case will be ready for trial and/or final pretrial conference.**

    No discovery is required as the interpretation of Allstate's policy is a question of law for the Court to decide by comparing the terms and conditions of the policy to the allegations of the underlying Complaint.

6. **The projected time necessary for trial, and a statement of whether the case is a jury or non-jury trial.**

    This case should be decided by the Court based upon Allstate's Motion for Summary Judgment. No party has requested a jury trial.

7. **Any unique legal or factual aspects of the case requiring special consideration by the Court.**

    None.

8. **Status of any potential settlement.**

    The parties have discussed settlement, but settlement does not appear likely at this time.

9a. **A statement as to whether the parties will elect to proceed before a Magistrate Judge for trial.**

    No.

9b. **Whether there are any unique issues in the case, such as complicated accountings, etc., which should be referred to a Special Master or Magistrate Judge.**

    No.

CASE NO. 00-6114-CIV-FERGUSON

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this November 15, 2000, to: David B. Pakula, Attorneys for 250 North Powerline Road, Inc. d/b/a J-Mar Food Stores #2, Fazio Dawson Disalvo Cannon, Abers Podrecca & Fazio, P.O. Box 14519, 633 South Andrews Avenue, #500, Fort Lauderdale, FL 33302; and Jerry Katzen, Attorneys for Naser Abueqab, as Personal Representative of the Estate of Ghanem El Hindi, Katzen & Katzen, 7700 North Kendall Drive, Suite 610, Miami, Florida 33156-7567.

        HINSHAW & CULBERTSON
        200 South Biscayne Boulevard
        Suite 800
        Miami, FL 33131
        (305) 358-7747

        By: _____
        Ronald L. Kammer
        Florida Bar No. 360589
        Maureen G. Markwith
        Florida Bar No. 0057932
        Attorneys for Allstate

F:\785717\Style.wpd