UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 00-6114-CIV-FERGUSON

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

vs.

250 NORTH POWER LINE ROAD, INC. d/b/a
J-MAR FOOD STORES #2, and NASER
ABUEQAB, as Personal Representative of the
Estate of GHANEM EL HINDI,

    Defendants.

_____/



## NOTICE OF SETTLEMENT

Plaintiff, Allstate Insurance Company, files this Notice of Settlement.

The parties have settled the above-captioned matter and are in the process of completing settlement documents reflecting the agreement. Once the parties sign the settlement documents, Plaintiff will file a Notice of Dismissal.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile and mail November 27, 2000, to: Jerry Katzen, Esq., Katzen & Katzen, 7700 North Kendall Drive, Suite 610, Miami, Florida 33156-7567; and James W. Dawson, Fazio Dawson



CASE NO. 00-6114-CIV-FERGUSON

Disalvo Cannon, Abers Podrecca & Fazio, P.O. Box 14519, 633 South Andrews Avenue, #500, Fort Lauderdale, Florida 33302.

<div style="margin-left: 40%;">
HINSHAW & CULBERTSON<br>
200 South Biscayne Boulevard<br>
Suite 800<br>
Miami, FL 33131<br>
(305) 358-7747

By: _/s/ Ronald L. Kammer_<br>
Ronald L. Kammer<br>
Florida Bar No. 360589<br>
Attorneys for Allstate
</div>

F:\785717\Notice of Settlement.wpd